UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

NICHOLAS E. HURLIN )
 )
      Plaintiff )
VS. )
 )
TOWN OF ROWLEY ) 04 10833 WGY
 )
      Defendant )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-MENTIONED COURT:

Please enter my Notice of Appearance for the Defendant, Town of Rowley, in the above-entitled matter.

          Respectfully submitted
          Town of Rowley,
          By its attorneys

          _____
          Pamela J. Fitzgerald, BBO #563130
          Brody, Hardoon, Perkins & Kesten, LLP
          One Exeter Plaza, 12th Floor
          Boston, MA 02116
Date: 4/26/04      (617) 880-7100

### CERTIFICATE OF SERVICE

I, hereby certify that a true copy of this document was served by first class mail on all counsel of record this 26th day of April, 2004.

          _____
          Pamela J. Fitzgerald