UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10833 WGY

NICHOLAS HURLIN and )
BENNETT B. HURLIN, )
    Plaintiffs )
)
v. )
)
TOWN OF ROWLEY, )
    Defendant )

**CERTIFICATION PURSUANT TO RULE 16.1**

    We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

The Town of Rowley,
By its attorneys,

_____
Deborah Eagan
Town Administrator

_____
Pamela J. Fitzgerald, Esq., BBO# 563130
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Date: 5-20-04