UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10833MBB

| | |
|---|---|
| NICHOLAS E. HURLIN<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TOWN OF ROWLEY,<br>    Defendant | )<br>)<br>) |

### DEFENDANT TOWN OF ROWLEY'S MOTION FOR SUMMARY JUDGMENT

The defendant, Town of Rowley, moves this Honorable Court for summary judgment pursuant to Federal Rules of Civil Procedure, Rule 56(b) on all Counts of the plaintiff's Amended Complaint. The defendant submits the following Statement of Undisputed Material Facts and Memorandum of Law in support of this Motion and incorporates, as if fully set forth herein, Exhibits 1 through 15, attached to the Memorandum.

The defendant,
Town of Rowley,
By its attorneys,

/s/ Pamela J. Fitzgerald
Pamela J. Fitzgerald, BBO #563130
Brody, Hardoon, Perkins And Kesten, LLP
One Exeter Plaza
Boston, MA
(617) 880-7100

Dated: 1/31/05

1