# EXHIBIT 4

| STN 1997 Index | Sun Tzu's Newswire Index | *VikingPhoenix.com* |Stats



IN ASSOCIATION WITH
**amazon**.com.

# N.H. town shattered by rampage (AP, USA Today 8/20/97 11:49AM ET)

**NOTES:** (1) Early news reports spell Dennis Jois and Dennis Joos, one of those killed by Carl Drega (Draga), also Kenn Stransky versus Ken Stansky in other reports. (2) This story alleges that the perpetrator used "*an assault rifle*". This has not been verified. Through no fault of their own, average reporters are not able to distinguish firearms and the firearm used was probably a semi-automatic rifle. (3) A "*a hit list*" with two more names was reportedly found in Drega's pickup truck.

```
08/20/97- Updated 11:49 AM ET
N.H. town shattered by rampage (AP, USA Today)

COLEBROOK, N.H. - When Vickie Bunnell saw the gunman pull up, she ran
out the back of her law office. She knew him - she had filed a restraining
order against him, even described the longtime local troublemaker as
a "time bomb."

Bunnell, a lawyer and part-time judge, ran through the neighboring office of
The News and Sentinel, screaming, "It's Drega! He's got a gun!" said
reporter Kenn Stransky. The newspaper's editor tried to intervene, and
Bunnell fled into the parking lot. But it wasn't enough.

"He shot her in the back. She died instantly," Stransky said.

Carl Drega, 67, who had feuded with officials for years over zoning and
other problems, also killed two state troopers Tuesday and the editor
who tried to help Bunnell. He then wounded four other officers before he
was killed in a 45-minute gun battle with police.

Authorities found a hit list in his truck with the names of at least two
other intended victims, the Concord Monitor reported Wednesday.

The rural quiet of this northern New Hampshire town of 2,400 began
disintegrating about 2:45 p.m. when state troopers stopped Drega's red
pickup for a traffic violation outside a supermarket.

Within minutes, troopers Scott Phillips, 32, and Leslie Lord, 45, were
dead. Drega, wearing a bulletproof vest, shot them both with an assault
rifle.

Roland Martin watched Phillips run into a field, shout and drop to the
ground. Drega walked to him and fired four more shots. "He just stood
right there and went, 'Bang, bang, bang, bang,"' Martin said.

Drega hopped into a police cruiser for the short drive to the building
that housed the weekly newspaper and Bunnell's law office.

The 44-year-old Bunnell's troubles with Drega dated to at least 1991,
```

when, as a town selectwoman in Columbia, she had him removed in handcuffs from the town hall over a zoning dispute. After one confrontation, Bunnell obtained a restraining order against Drega, Stransky said.

"She said he was a time bomb," he said.

Dennis Joos, 51, the paper's editor, was shot dead when he tried to intervene as Drega chased after Bunnell.

Drega then jumped back into the stolen cruiser and raced across the Connecticut River into Bloomfield, Vt., where witnesses saw him open fire on New Hampshire Fish and Game Officer Wayne Saunders, striking him in the arm. Saunders' badge stopped the other bullet.

"There were shots, lots of them, and they were loud," said Anthony De Banville, who runs a store in Bloomfield.

Saunders, 28, was hospitalized in fair condition Wednesday.

Drega abandoned the shot-up cruiser in Brunswick, Vt., a few miles south.

By then, scores of heavily armed officers were closing in. Drega shot and wounded four men before he took a fatal bullet, said James Walton, Vermont commissioner of public safety.

"It was a firefight. He was on a ridge and in the woods," Walton said. "Whenever he presented himself enough of a target to get a round off, I'm sure they did."

Border Patrol agent John Pfeifer, 33, was shot in the chest and remained in critical condition Wednesday. New Hampshire trooper Jeffrey Caulder, 32, was shot in the leg was in satisfactory condition Wednesday. Another trooper was cut on the foot by shrapnel.

Police believe an officer fired the shot that killed Drega, but it won't be clear until an autopsy is performed.

Sometime before the wild, three-hour rampage, Drega apparently torched his home in Columbia, just south of Colebrook, where he lived alone.

Drega had a long history of conflict with town officials. In the early 1970s, the town took him to court over a zoning violation because he refused to finish a house, which was covered with tar paper, former selectman Kenneth Parkhurst said.

One night in 1991, Drega showed up at the town hall and began rummaging through property files. Bunnell called state police, who handcuffed and removed him, Parkhurst said.

"We had to bar him out of the place," Parkhurst said. "We had to keep a cop on duty just for our own safety for a while."

The same year, neighbor Gary Phillips said, Bunnell went to Drega's house to serve him with court papers and Drega greeted her and a police officer with a gun.

One of the names on Drega's hit list was Superior Court Judge Harold Perkins, who was in court in Lancaster during the mayhem, the Monitor reported. Police escorted him away and guarded his home Tuesday night. The newspaper did not identify the other person or persons on the list.

By Tuesday evening, Bunnell's friend Bill Whitaker was driving by the supermarket on his way to work.

"I couldn't figure out what was happening. I thought maybe it was a mock disaster drill," he said. "When I got to work, the TV was on - I could not believe it."

By The Associated Press

August 20, 1997: page established, counter set, 0 visitors.
21 March 2003: server changed, counter reset.

00242 visitors since 21 March 2003.

*news@vikingphoenix.com*

**Top**

# Man planned ambush on officers

**By Randi Goldberg**
**Associated Press Writer**

Posted August 20, 1997

COLEBROOK, N.H. -- The small-town troublemaker who went on a shooting rampage, killing a judge, a newspaper editor and two police troopers before he was shot to death, left behind a home booby-trapped with explosives, authorities said today.

Authorities fear that Carl Drega, 67, hid the explosives in a "fairly elaborate system of tunnels" underneath and alongside buildings on his property in neighboring Columbia, Associate Attorney General Michael Ramsdell said.



"They contain numbers of incredibly dangerous items including 600 pounds of ammonia nitrate, and we know there's more in there, at least 50 pounds, in another location," Ramsdell said. The bomb that destroyed the Oklahoma City federal building was an ammonium nitrate bomb.

Drega is believed to have burned down his house after murdering four people on Tuesday, but Ramsdell said officials think he may have left the other buildings standing on purpose, to harm or kill those who came to the site.

Meanwhile, authorities in Vermont said Drega laid a careful ambush when he abandoned a stolen state police cruiser in Brunswick, Vt., shortly after the killings in New Hampshire. Four law enforcement officers were wounded in the 45-minute firefight that ended with Drega's death.

Drega had positioned himself to ambush officers as they approached the cruiser, which had been taken from the two New Hampshire troopers who died, said James Walton,

Vermont's public safety commissioner.

"He had a narrow but clear line of fire on the cruiser," Walton said.

"He had laid an ambush for the troopers and officers that were involved in the search," he said.

In New Hampshire, authorities said Drega killed two state troopers who confronted him over a traffic violation Tuesday afternoon, then drove away in their car. He went to the building that houses the local weekly, The News and Sentinel, and the law offices of Vickie Bunnell, a lawyer and part-time judge who had feuded with him in the past.

She was killed as she tried to flee, along with a newspaper editor who tried to help her. She had run into the newspaper office screaming, "It's Drega! He's got a gun!" according to a witness, reporter Kenn Stransky.

Drega then drove to neighboring Vermont, where the shootout with officers happened.

Meanwhile, in New Hampshire, authorities found that Drega's home had been torched. They believe he set the fire sometime after the four killings.

Ramsdell said numerous fuses were on the property, which authorities made off-limits to reporters and others. They called for help from demolition experts and the federal Bureau of Alcohol, Tobacco and Firearms and urged people to stay away.

At midday, smoke was still rising from the ashes of Drega's home, which was surrounded with crime-scene tape. A propped up camper was sitting near the remains of the house. Several state police vehicles and a bomb disposal truck were parked in the yard.

Drega had feuded with local authorities for years over zoning and other issues. He had clashed with Bunnell when she served as town selectwoman several years ago.

After the shootings, authorities found a hit list in his truck with the names of at least two other intended victims, former Columbia selectman Kenneth Parkhurst and Superior Court Judge Harold Perkins, the Concord Monitor reported today.

Back

The Caledonian-Record Online Edition  ·  Monday August 19, 2002

www.caledonianrecord.com

Web Contact:

Ron Fontaine, Webmaster

190 Federal Street, PO Box 8

St. Johnsbury, Vermont 05819

fontainer@caledonian-record.com

Phone: 802-748-8121

# Five Years Later, Victims Missed, Town Unchanged

## Drega Massacre

BY LARA HUETH, Staff Writer

COLEBROOK, NH - On this day five years ago, Carl Drega killed four people and wounded four others, then died in a gunfight with police.

For Colebrook, N.H., it was the kind of thing that could never happen -- until it did happen.

A blue-collar, blue-jeans type of town, Colebrook is genuine New England. Mud-splashed pickups line Main Street and stores cater more to townsfolk than to tourists. Seemingly sheltered from the fads and faults of the modern world, it's the type of place you'd want to raise your kids.

---

**See Picture of the Day**

---

One man cannot change that, all agreed.

"It's something you're never going to forget," said Lance Walling, manager of LaPerle's IGA, "but it's something you have to get beyond."

Walling was store manager five years ago when shots rang out in the IGA parking lot. That's where Drega's rage claimed the lives of New Hampshire state troopers Scott E. Phillips and Leslie G. Lord.

Walling placed the call to police.

It was around 2:45 p.m. and Walling was getting ready to leave for home. He didn't get to leave the store until 11 that night.

"Colebrook has changed," he said. "But hopefully for the most part, it has stayed the same."

"Sometimes it seems amazing it's been five years," said Charles Jordan, editor of the Colebrook Chronicle.

Jordan was doing research at the Colebrook Library with his 7-year-old son when they heard gunfire across the street at The News and Sentinel office. After leaving LaPerle's IGA in trooper Phillip's cruiser, Drega sought out and shot Vickie Bunnell, who was a lawyer, judge and former selectman, that he perceived as a longtime enemy. Bunnell shared the building with the newspaper staff. Editor Dennis Joos then tackled Drega in an attempt to stop him, and was also killed.

The deaths left a hole in the community but, said Jordan, "Colebrook, in defiance to an event like that, has prospered. The town and its residents haven't changed, which is a testimony to the victims' memories.

"One deranged person can't change the course of the North Country," he added. "When people think of Colebrook this week, they'll think of the Moose Festival."

"Do you let some human space debris that doesn't deserve to be called human change your way of life and your basic belief in the good will of man?" asked John Harrigan, publisher and owner of The News and Sentinel.

Harrigan still refuses to use Drega's name.

"He doesn't deserve a name," said Harrigan.

There is a great sense of loss that might take a generation to fill, said Harrigan, but people here are feisty, and Colebrook will survive.

At the time of the shooting, Harrigan was working at The News and Sentinel's sister paper, the Coos County Democrat in Lancaster. He had plans to go fishing with Bunnell's father later that day. After hearing about the incident, Harrigan said he broke the land-speed record driving to Colebrook, 36 miles in 25 minutes.

It was unusual that Harrigan was not in the Sentinel newsroom that day. Harrigan said since his office is the farthest from the back door, he would have been behind Joos. If that had been so, "I don't know where I would be now, probably 6 feet under," said Harrigan.

Most of the Sentinel's current staff witnessed the shooting, and a bullet hole still mars the outside of the building. But, "we're still here, still the same friendly faces, still as tribal as ever," said Harrigan. People still keep their doors unlocked.

Despite the shooting, The News and Sentinel staff still put together their weekly edition the night of Aug. 19, as Bunnell's body still lay outside.

Doctors and police must put aside personal feelings to get the job done -- that night it was our turn, said Harrigan.

He was close friends with all the victims, especially Bunnell, whom he once dated.

He said the best thing about trooper Lord was his laugh.

"His laugh started somewhere around his knees and erupted into a goofy guffaw," said Harrigan. "There wasn't a mean bone in his body."

Trooper Phillips was a fellow distance runner who often ran with his young children in a jogging stroller. Sometimes when Harrigan was running, Phillips would drive by and say "pick up the pace" over the cruiser's loudspeaker.

Bunnell, said Harrigan, did unknown and untold acts of kindness, especially for domestic abuse victims. She had a bird dog named Metallak and she was inclined to leave her office in a hunter's coat and cap.

Bunnell showed great courage Aug. 19, Harrigan said.

"She did not run screaming out of the building," which some reported, he said, adding that Bunnell made a detour to warn the newsroom before leaving the building, an act of heroism.

Dennis Joos had a warped sense of humor, said Harrigan. He would create bogus new stories, like the one about a hermit living in a parking lot snowpile. That story was run on the first page as a joke, although some took it seriously.

Joos had hurled himself at Drega, a man a foot taller and 50 pounds heavier than he.

"If that's not courage, I don't know what is," said Harrigan.

As for Drega, Harrigan said he doesn't waste time thinking about him. Some have suggested that Drega was a victim of the system, though Harrigan disagrees.

"The damage was too great to ascribe to anything except the personification of evil," he said.

Overall, Colebrook is the same.

"The picture's still the same," Harrigan said. "Four smiling faces are missing, but the picture, the frame, the background are still the same."

---

## How It All Happened
*BY LARA HUETH, Staff Writer*

Five years later, five are still dead. Time cannot heal all wounds, if those wounds are fatal.

On Aug. 19, 1997, two state troopers, a newspaper editor, and an attorney were gunned down in quiet Colebrook, N.H.

The story begins in 1970, when a 30-year-old Carl Drega bought property along the Connecticut River in Columbia, N.H.

A year later, in 1971, town officials took Drega to court for violating zoning restrictions after he had encased his home in tarpaper. Thus began the bitterness between Drega and town officers.

Disputes over a riverfront project, property valuation and taxes fueled Drega's hatred of the town, including his hatred of Vickie Bunnell, a former Columbia selectman. Drega a few years earlier fired warning shots over Bunnell's head when she and Columbia town assessor Louis Bolin tried to enter Drega's land to complete assessment records.

Bunnell, who reportedly loathed handguns, carried a concealed weapon to protect herself. So feared was Drega, that a town clerk made a list of Drega's possible targets. Reportedly, that list named both New Hampshire State Police trooper Scott E. Phillips and Bunnell.

Drega's blustering became real Aug. 19, 1997.

At 2:45 p.m., Drega encountered Phillips at LaPerle's IGA north

of Colebrook. Phillips was about to issue Drega a ticket for having large rust holes in the bed of his truck. Drega shot Phillips with an AR-15 semiautomatic rifle and a 9mm pistol. He then aimed at trooper Leslie G. Lord who arrived to aid his colleague. Both officers were killed. Phillips, 32, was a husband and father of two young children. Lord, 45, left behind a wife and two sons.

After shooting the two officers, Drega stole Phillips' cruiser, donned the trooper's bulletproof vest, and headed south to The News and Sentinel office across the street from the Colebrook Police Department.

Bunnell, an attorney, worked in an office near the newsroom. Spotting Drega, she warned the newsroom staff and then ran out the rear of the building, only to be shot in the back while fleeing across the parking lot. Bunnell, a longtime advocate for domestic violence victims, was 44.

News and Sentinel editor Dennis Joos tried to take down Drega, but Joos' heroism cost him his life. Drega broke free and shot the 50-year-old editor in the chest.

Drega, seemingly unfazed by the killing spree, cruised through downtown in Phillips' state police cruiser. He then headed south and set fire to his Connecticut River home.

Crossing into Essex County, Vt., Drega met New Hampshire Fish and Game officer Wayne Saunders. Saunders had set up a roadblock under a railroad bridge on Route 105, but Drega maneuvered by the block and shot Saunders, 28, in the arm.

Armed with semiautomatic weapons and still dressed in a bulletproof vest, Drega became entrenched on a hill near Bloomfield, Vt., on Brunswick Springs Road.

Law enforcement officials expended around 200 rounds of ammunition in the firefight. Two New Hampshire state troopers, Robert Haasy, 38, and Jeff Caulder, 32, were injured. U.S. Border Patrol Officer John Pfeiffer, 34, nearly died from a

chest wound.

At 6:50 p.m. Drega was brought down by a bullet to the mouth and neck. It is unknown who fired the fatal shot.

Explosives, including ammonium nitrate, C-4 (an explosive), and 86 pipe bomb casings, were later found on Drega's property, hidden in his barn or within his elaborate tunnel system.

As for Drega's intentions or his motives for the shooting spree, they will never be known. Any answers there may have been died with Drega on a remote hill in Brunswick, five years ago, today.

The Caledonian-Record is a daily newspaper serving Northern Vermont and Northern New Hampshire. Visit our website updated daily at www.caledonianrecord.com

Note from the WebMaster: We request that you maintain proper credit to the Caledonian-Record Online News and to the author of the article. If you post this news article on your website we also request that you include a link to our website, which can be accomplished by using the following code:

```
<a href="http://www.caledonianrecord.com">The
Caledonian-Record Online News</a>
```

© The Caledonian-Record News 1997 - 2005 · St. Johnsbury, Vermont
http://www.caledonianrecord.com

| STN 1997 Index | Sun Tzu's Newswire Index | *VikingPhoenix.com* |Stats



IN ASSOCIATION WITH
amazon.com.

# Explosives Found on N.H. Gunman's Property (Reuter)

This news release also alleged Carl Drega's use of an AR-15 "assault rifle". What the news media has not asked or written about is whether or not the fully automatic "assault rifle" was registerd under the 1934 Firearms Act. The use of an "assault rifle" by Drega has not been verified.

Thursday August 21 12:37 AM EDT
Explosives Found on N.H. Gunman's Property

COLEBROOK, N.H. (Reuter) - A New Hampshire man who killed four people in a shooting spree had stored hundreds of pounds of explosives and built a series of tunnels under his property, officials said Wednesday.

Police found more than 650 pounds of ammonium nitrate, the same kind ofexplosive used in the 1993 New York City World Trade Center bombing, stored on Carl Drega's property near this small town 20 miles from the Canadian border.

Later Wednesday, police in Bow, N.H., a suburb of the state capital Concord, cordorned off another piece of property Drega owned. Police said they were searching for more weapons and explosives at that house in the rural bedroom community.

Drega, 67, who had a history of tax and property disputes and armed confrontations with officials dating back more than 25 years, killed two New Hampshire state troopers, a part-time

judge and a newspaper editor Tuesday in Colebrook, a small town in northern New Hampshire, police said.

Drega led police in New Hampshire and Vermont on a four-hour chase through logging country and wounded four law enforcement officials before dying in a shootout with police.

Drega apparently set fire to his house in Columbia, New Hampshire just outside of Colebrook, but left three other buildings standing on his property before setting off on his murderous rampage. Police Wednesday said they found the three structures filled with explosives and munitions.

Tunnels linked the buildings and a number of trenches crisscrossed the property, police said, adding they feared the trenches were boobytrapped. U.S. Alcohol, Tobacco and Firearms bomb disposal experts were on the scene trying to determine how to defuse what one official called "a giant bomb factory."

Munitions experts set fire to one of the structures late on Wednesday, sending huge flames into the night sky. Police said they expected to explore the maze of tunnels after the structure cooled down in a couple of days.

"The buildings themselves contain a number of incredibly dangerous items, including, I have seen, 600 pounds of ammonium nitrate," New Hampshire Associate Attorney General Michael Ramsdell told reporters.

Police found an apparent hit list of other intended victims in Drega's pickup truck, the Concord Monitor newspaper reported Wednesday.

One of the targeted officials, Kenneth Parkhurst, a former selectman in Columbia in the 1970s who had previous run-ins with Drega, said a dental appointment may have saved his life.

"He came to my house, kicked my door in, and came looking for me," Parkhurst, 66, told Reuters in a telephone interview.

"Thank God, I was in the dentist's chair in Coaticook, Quebec. He didn't like my wife either, and she was at her sister's eight miles away. We would have stood no chance at all."

"He wasn't sane, I knew that. He could do anything at a moment's notice," Parkhurst added.

The shooting spree began Tuesday afternoon when two New Hampshire state troopers stopped Drega's red truck outside a grocery store in Colebrook.

Drega, wearing a bulletproof vest and armed with an AR-15 assault rifle and a handgun, shot and killed the troopers, Scott Phillips, 32, and Leslie Lord, 45, before taking their cruiser and driving to the offices of the local newspaper, the News and Sentinel.

There he found Vickie Bunnell, 45, a lawyer whose offices were next to the paper. Bunnell also was a part-time judge who had had run-ins with Drega.

Drega chased Bunnell through the newsroom to the parking lot and shot her once in the back, killing her instantly, according to News and Sentinel reporter Ken Stansky.

When editor Dennis Joos, 51, tried to intervene by tackling Drega, he was fatally shot, too.

Four other law enforcement officers were wounded in the hour-long shootout that ended in Drega's death from a single gunshot to the head. When police found his body, shielded by a bulletproof vest, it was surrounded by at least 200 spent shell casings, officials said.

August 21, 1997: page established, counter set, 0 visitors.
21 March 2003: server changed, counter reset.

00372 visitors since 21 March 2003.