# EXHIBIT 5

boston.internet.com/news/article.php/544841

Back to Article

**IRS Dispute May Have Triggered Killing**
By Colin C. Haley and David Aponovich
December 27, 2000

WAKEFIELD, Mass. -- Authorities are focusing Wednesday on whether the heavily armed gunman who allegedly killed seven co-workers at a suburban Boston Internet consulting firm Tuesday was upset about a tax dispute with the Internal Revenue Service.

Prosecutors believe Michael McDermott, 42, a software tester at Edgewater Technology, may have been angry about an IRS request to take a portion of his wages to pay back taxes, Middlesex District Attorney Martha Coakley said Tuesday night.

She said Edgewater had agreed not to begin taking out money from McDermott's paycheck until after the holidays. But the suspect reportedly had an angry outburst in the company's accounting department last week over the possibility of losing some wages, according to an unnamed co-worker cited in published reports.

Most of the victims, four women and three men, worked in the accounting department. Coakley said the shootings appeared not to be random; the suspect bypassed several people during the attack.

Meanwhile, McDermott, of Haverhill, Mass., pleaded innocent to seven counts of murder this morning in Malden (Mass.) District Court. He was ordered held without bail.

Authorities say McDermott was armed with an AK-47 assault rifle, shotgun and semi-automatic pistol, when he went on the shooting rampage at Edgewater's offices in Wakefield, Mass., around 11 a.m. McDermott was arrested without incident in the lobby of the company, located 10 miles north of Boston.

McDermott has worked at Edgewater as a software tester since March.

Victims were identified as Jennifer Bragg-Capobianco; Janice Hagerty, a receptionist; Louis Javelle; Rose Manfredi, 49, an accountant; Paul Marceau; Cheryl Troy, human resources director; and Craig Wood, 29. All ages and hometowns were not immediately released.

The shootings took place two hours after McDermott arrived for work. About 150 employees work in the company's offices in a renovated 19th-century mill building on Foundry Street, in a town of 26,000 people off the Route 128 high-tech corridor. Because of the holiday only about 70 were present at the time of the shooting.

Edgewater employees leaving interviews with police nearby declined comment. But workers at business near the shooting scene described a frantic, terror-filled escape by dozens of Edgewater employees as soon as the shots were fired.

About 15 Edgewater workers ran to the nearby Wakefield Co., a metal-parts maker. Fleeing employees told Wakefield Co. workers that the gunman blasted out a window to a conference room, sending meeting participants diving for cover. He then turned his gun elsewhere.

"They said when they heard the shots they hit the deck," said Barry MacFarland, a Wakfield Co. employee.

He said the Edgewater employees were so panicked after fleeing their building they pounded Wakefield Co.'s unlocked door so they could be let in.

"I'll tell you how frantic they were: I don't think they knew how to open the door," McFarland said.

Edgewater employees hurried inside once someone opened the door. Someone called

police, one of the numerous calls to authorities in the minutes after the attack.

Claire Samra, another Wakefield Co. worker, added that as soon as they heard the gunman was still shooting, they locked the doors in case he came across the street.

Edgewater employees did not provide many details about the suspect, she said; several weren't positive who was doing the shooting. Some just described the gunman as a large, tall man whose name they did not know.

"They were just so shaken, they didn't say much at all." Samra said. The company let Edgewater's workers use the phone to call their families.

About 12 to 15 Edgewater workers also ran to North Shore Pool & Spa, across the street from Edgewater's offices. Darren Emery, a service manager at the store, said an Edgewater employee ran inside and asked to use the phone to call police.

"He wasn't panicking, he called 911 and told police he believed shots had been fired," Emery said. "As he made the call, we started to see more people running from the building, and within 30 to 45 seconds police cars started arriving."

About a dozen Edgewater employees took refuge in the pool-supply store while police surrounded the Edgewater offices. Within minutes they stormed the lobby and, according to reports, found McDermott sitting quietly, his weapons within reach.

Police, including special operations and K-9 units, searched the Edgewater offices in the hours after the shootings, tallying victims and ensuring there was not a second gunman.

Michael McDermott, the alleged gunman, was described as "a bit quirky" by one co-worker, who had the day off but who rushed to the scene after hearing of the massacre.

"He was a pretty friendly guy, but he's a bit quirky," said Mike Stanley, a project team leader at Edgewater, but did not provide details.

Stanley said McDermott, who went by the nickname "Mucko," was a software tester who worked for the company since March. Stanley said McDermott didn't talk much about his personal life.

As for motive, Stanley said had been reprimanded recently, however there were no signs that he would snap. "I know he was coming in late quite a bit and (managers) were talking to him about that," Stanley said.

St. Joseph's Church, located across the street from the shooting scene, was turned into a makeshift shelter for evacuated employees, where police also conducted interviews with witnesses. Family members of Edgewater workers also went to the church.

Edgewater's offices are located in an old, mixed-use neighborhood packed with residences, small businesses, convenience stores and sandwich shops. Several other companies have offices in the complex where Edgewater is located.

Unlike many other Internet consulting firms and systems integrators, 8-year-old Edgewater has not announced any significant layoffs in recent weeks.

Tuesday afternoon, Edgewater issued a statement on the shooting.

"It is my sad duty to confirm that a shooting took place at our Wakefield office earlier today," said Shirley Singleton, Edgewater's CEO. "The details of this morning's events remain unclear at this time and we will be assisting the police in every way possible with their investigation."

Singleton added that everyone at the company "is shocked and devastated by the loss of our friends. We extend our deepest sympathies to the victims' families at this tragic time."

*Editor's note: Click here for a boston.internet.com editorial on the Edgewater shootings. Also visit boston.internet.com for continuing coverage Wednesday.*

Contact internetnews.com staff

JupiterWeb networks:

 |  |  | 

boston.internet.com/news/article.php/548421

Back to Article

**Edgewater Employees Return to Work**
By Colin C. Haley
January 2, 2001

Employees at Edgewater Technology returned to work today, one week after a gunman killed seven of his co-workers at the Wakefield, Mass., consulting firm.

"Our priority today, as it has been every day, is to support each other and help our co-workers heal, and we will continue to have counselors available for all employees for as long as they need as we gradually return to normal operations," said Shirley Singleton, president and CEO.

A cleaning crew was brought in and contractors are working to renovate the area where most of the murders took place. Outside Harvard Mills, the 3-story brick building that houses Edgewater's offices, makeshift memorials with cards, letters and photos, have sprung up.

A fund has been established for the victims' families. Edgewater started the account with $70,000 -- $10,000 for each victim. Edgewater executives have also met with families to make sure their financial needs are being met and have worked with insurance companies to speed benefit payments.

"We are aware that the families of our friends and colleagues that lost their lives are struggling to cope with the tragic events of last week and we continue to do everything that we can to ease their burdens," Singleton said.

Accused killer, Michael McDermott is being held without bail until a trial date is set. At his arraignment last week, Kevin Reddington, McDermott's attorney, entered not guilty pleas on his client's behalf, a nearly automatic move at this stage of the case. Reddington also laid the groundwork for a psychological defense, saying McDermott, 42, has been on medication.

*Editor's note: Readers can donated to the victims' fund at any Boston-area Fleet Bank or through the following address Edgewater-Wakefield Memorial Fund, PO Box 2133, Wakefield, MA, 01880-6133.*

Contact internetnews.com staff

**JupiterWeb networks:**

 

**Search JupiterWeb:**



Jupitermedia Corporation has four divisions:
JupiterWeb, JupiterResearch, JupiterEvents and JupiterImages

# Series of EmergencyNet News "Real-Time" Articles Concerning a Multiple Homicide in Wakefield, MA - 26-28 Dec 2000

Excerpted from: ERRI EMERGENCY SERVICES REPORT-Thursday, December 28, 2000-Vol. 4, NO. 364

## MASSACHUSETTS:

### Explosives Found In Shooting Suspect's House

Police investigators in suburban Boston seized bomb-making chemicals, blasting caps and magazines on explosives on Wednesday from the Haverhill, Massachusetts, apartment of a software engineer accused of gunning down seven co-workers at an Internet consulting company. Michael M. McDermott, age 42, was ordered held without bail on Wednesday after pleading not guilty to seven counts of murder.

Prosecutors are investigating whether the rampage was prompted by a tax dispute. McDermott's employer had recently agreed to comply with an IRS order that it withhold a portion of his wages to pay back taxes. McDermott's lawyer said he was undergoing psychiatric treatment at the time of the attack. Last week, McDermott reportedly had an angry outburst over the tax dispute. Police said an employee told them McDermott's paycheck would have been reduced to as little as $250.

The details that emerged on Wednesday formed a picture of a methodical massacre planned by a man with a passion for weapons and explosives. Armed with a rifle, a shotgun and a pistol, McDermott systematically went through Edgewater Technology's Wakefield offices on Tuesday morning, picking out certain people and bypassing others, as he fired at least 37 rounds into his co-workers in no more than eight minutes. He stopped to reload, and even blasted through a locked door to get to two of the victims hiding in the accounting office.

Authorities said that there were few, if any, missed shots. One victim was underneath his desk. He had been shot numerous

times. Another was a young lady slumped over her keyboard of her computer. She had been shot in the back of the head. Some of the victims were shot in the back as they tried to flee.

In addition to the three weapons that McDermott carried during the massacre, he had stashed a rifle in his work locker and bullets in a cubby hole of his desk. In McDermott's home, authorities discovered bomb-making magazines; three gallons of nitric acid, which can be used to make nitroglycerine; blasting caps; and more ammunition.

---

**Excerpted from: ERRI EMERGENCY SERVICES REPORT-Wednesday, December 27, 2000-Vol. 4, NO. 363**

## MASSACHUSETTS:

### Man Slays Seven In Computer Office

An employee of an Internet company, apparently angry over plans to garnish his wages to pay back taxes, methodically gunned down seven co-workers who had just returned from their Christmas holiday in Wakefield, Massachusetts, on Tuesday. The carnage ended when 42-year-old Michael (Mucko) McDermott was wrestled to the floor by police after he slaughtered four women and three men at Edgewater Technology in suburban Boston's high-tech corridor.

McDermott -- a computer software technician -- apparently targeted members of the firm's accounting department for execution with his arsenal of an AK-47 assault rifle, a shotgun and a semiautomatic pistol. The 6-foot-2, 260-pound McDermott is a U.S. Navy veteran who once served aboard a nuclear submarine and ran the entire ship's electrical system -- including the nuclear reactor.

McDermott arrived at work as usual on Tuesday morning and chatted with co-workers. He then walked through the office, in a renovated factory building, shooting colleagues at close range. There was an apparent motive behind McDermott's shooting. Authorities said the IRS recently had asked the firm

to begin withholding McDermott's wages to pay back taxes. The company agreed with McDermott not to start until after Christmas.

Authorities said that at about 1100 EST, McDermott talked with several co-workers in the reception area, then fatally shot two of them. He moved through a wing of the first-floor office, gunning down workers as they sat in their cubicles. Several of the victims worked in accounting, and officials said McDermott apparently spared other workers during his rampage.

Seconds after the shootings, police officers found McDermott sitting in a chair in the lobby, his weapons nearby. A SWAT team tackled him and then discovered the grisly death toll.

---

13:20CST - 26 Dec 2000

## Gunman Identified; Seven Confirmed Dead

Wakefield, MA (EmergencyNet News) -- According to John McEvoy, of the Middlesex Co. prosecutor's office, seven people have been confirmed killed by a gunman, who went on a shooting spree this morning in the offices of Edgewater Technology in the Harvard Mills office complex. McEvoy identified the assailant as Michael McDermott, age 42. McEvoy said that Mr. McDermott was an employee of Edgewater Technologies and that the shooting was "workplace related." He refused to comment further on the gunman's motive in the rampage.

Further, McEvoy said that the gunman was armed with three weapons, including "an AK-47 rifle, a shotgun, and a pistol." It is also believed that the gunman acted in a "methodical manner," and that several of the victims were killed at point-blank-range. McEvoy said that they would not release any additional details concerning any of the victims, pending notification of the next of kin. The suspect is expected to be arraigned later today and charged with seven counts of murder. An investigation of the entire incident continues at the time of

this report...

13:00CST - 26 Dec 2000

## Unconfirmed Reports Say that Seven (7) People Have been Killed...

Wakefield, MA (EmergencyNet News) -- Although official facts continue to be sparse with regard to a reported shooting at the Harvard Mills office complex, multiple media reports suggest that at least seven people have been killed in a shooting rampage this morning.

Witnesses reported hearing multiple gunshots at about noon EST, but few actual details have been released by Wakefield police or Massachusetts State police. Police and EMS agencies remain on the scene at the time of this report, including heavily armed SWAT officers, who have been searching the building. State police have confirmed that a man had been taken into custody, but offered few other details about the suspect.

An official press conference is scheduled to be held within the hour in Wakefield and EmergencyNet News will bring you additional details as they become available...

*****

12:00CST - 26 Dec 2000

## Multiple Shooting In High-Tech Firm, Near Boston, MA??

Wakefield, MA (EmergencyNet News) -- Few details are being confirmed by official sources in regard to a reported multiple shooting in the offices of an internet consulting firm in the Harvard Mills office complex in Wakefield, MA. Several ambulances and multiple police agencies are on the scene. Wakefield is located about 10 miles north of downtown Boston. EmergencyNet News is gathering additional details and will bring you an update shortly...

© EmergencyNet News Service, 2000. All rights reserved. May not be redistributed or otherwise published without the expressed permission of ERRI/EmergencyNet News.

Emergency Response & Research Institute
6348 N. Milwaukee Ave., #312
Chicago, IL. 60646
(773) 631-3774 - Voice
(773) 631-4703 - Fax
(773) 631-3467 - Modem/Emergency BBS On-Line
http://www.emergency.com - Main Webpage
webmaster@emergency.com - E-mail

**Police Operations Archive Page - Chronology and Summary of Events: 18 Apr 2000 to 15 Feb 2001**

**Return to the EmergencyNet News page**

# EDGEWATER TECHNOLOGY

who we are   solutions   partners&clients   news&events   careers   investor relations   search   contact us

## news&events

▶ back to releases

**FOR IMMEDIATE RELEASE**

**Edgewater Technology Statement** Wakefield, MA — April 24, 2002 — Edgewater Technology (NASDAQ: EDGW) issued the following statement regarding today's guilty verdict of Michael McDermott.

Shirley Singleton, President and CEO of Edgewater Technology said, "These have been trying times for everybody associated with the tragedy that took place on December 26, 2000. Over the past year and a half,, we have all had to deal with the grief, emotions and questions that have resulted from this act of violence. While we will never be able to forget what happened on that tragic day, today's verdict will help us bring some level of closure and will serve as another step in the process of healing."

Singleton added, "I have had the privilege to get to know the families of these lost friends and it is no wonder why we all thought so much of Cheryl, Craig, Janice, Jennifer, Lou, Paul and Rose. Their families are wonderful people and have maintained dignity and grace and provided us with the strength to carry on."

"I am extremely proud of our employees who demonstrated true professionalism throughout this ordeal. I would also like to extend my deepest gratitude to our customers, vendors, partners and the community all of whom have been so supportive," Singleton concluded.

We would hope that you consider supporting the Edgewater-Wakefield Memorial Fund. Tax-deductible contributions can be dropped of at any Boston area Fleet Bank branch or sent c/o The Edgewater-Wakefield Memorial Foundation, Inc., Post Office Box 2133, Wakefield, MA, 01880-6133. Every dollar will be distributed to the families who lost loved ones on December 26.

**Contact(s):**
Barbara Warren-Sica
Edgewater Technology, Inc.
(781) 246-3343 x4218
bwarren@edgewater.com

Rob Morton
PAN Communications
(978) 474-1900
edgewater@pancomm.com

copyright © 2000 Edgewater Technology, Inc., all rights reserved   terms of use   privacy policy