# EXHIBIT 10

Rowley Police Department
Call Number    Printed: 04/28/2003                                  Page: 1

For Date: 01/08/2001 - Monday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 01-435 | 1830 | Phone - ASSIST MUNICIPAL AGENCIES | INVESTIGATED | 3 | |

Call Taker: R24 - Belson, K
Location: BENNETT HILL RD
Party Entered By: 01/08/2001 1830 R24 - Belson, K
HURLIN, NICHOLAS @ 441 CENTRAL ST - ROWLEY, MA 01969 978-948-7411
Unit: 14 Sedgwick, D                     Disp-1830  Arvd-1832  Clrd-1905
Narrative: 01/08/2001 1830 Belson, K
Rp requesting to speak with the duty officer.
14 off on Bennett Hill Rd.
-----------------------------------------------------
        Attilio Paglia requested that I speak with him regarding an incident that occurred today between the Board of Health and Nick Hurlin 419 Central St. Paglia explained that Charlie Costello (Chairman of the BOH) received a threat and I should speak with him. Paglia stated that the issue would be brought up at the Selectman meeting held at 1930 hours.
        I went to Costello's house located on Bennett Hill Rd. Costello explained that Hurlin came to the office of the Board of Health during the morning hours and caused a problem. Hurlin was asked to leave by the two women assistants. Hurlin then went to the Selectmen's office and caused a disturbance. Costello was contacted at his work and was asked to speak with Hurlin. Costello, the BOH, and Hurlin have had a long and unstable history.
        Costello attempted to contact Hurlin on a couple of occasions eventually reaching him at approximately 1730 hours. Costello stated that the conversation began to go sour until Hurlin finally stated to Costello; "You don't want what happened in Wakefield?" Costello questioned Hurlin as to the statement just made. Hurlin did not take it back or back down from the statement.
        Costello contacted Selectman Madden and Selectman Paglia before the RPD was contacted. I observed Costello to be visibly shaken and disturbed by the threat. I advised Costello that threatening of a public official is a crime and he could be charged. Costello did not wish to go this route in fear of upsetting the situation.
        I advised Costello to send Hurlin a certified letter. The letter should include that Hurlin is no longer to conduct business in person at the BOH office. A copy of this letter should be sent to the RPD and selectmen. I also advised Costello that I would take up this matter with Chief Barry prior to speaking with Hurlin. Chief Barry would be able to contact the Selectmen Office and develop a plan for an appropriate response to Hurlin's threat.

# EXHIBIT 11



**KEVIN BARRY**
CHIEF OF POLICE
(978) 948-7644
FAX (978) 948-7087
ORI MA0052700

TOWN OF ROWLEY
# POLICE DEPARTMENT

477 HAVERHILL STREET
P.O. BOX 365
ROWLEY, MA 01969
www.rowleypolice.com



January 9, 2001

Mr. Nicholas Hurlin
419 Central Street
Rowley, MA 01969

Dear Mr. Hurlin,

As a result of your threatening behavior on the evening January 8, 2001, at which time during a phone conversation with the Chairman of the Rowley Board of Health and later that same evening during your appearance before the Rowley Board of Selectmen, you stated your desire to "prevent another Colebrook, NH or Wakefield, MA", together with similar threatening behavior in the past, please be advised that, effective immediately, you are barred from entering the Town Hall and the Town Hall Annex except by appointment with the official or employee with whom you will be meeting. Each such appointment shall be made at least twenty-four (24) hours in advance and an Officer of the Rowley Police Department will escort you to all such appointments. Please, also be advised, the Rowley Police will be contacted by that particular department.

It shall be your responsibility to make the necessary arrangements with the Rowley Police Department to conform to the elements of this letter. Please be further advised that if you arrive at Town Hall without such appointment and/or police escort, you will be considered a Trespasser and be assured this Police Department will take all appropriate action. Any further complaints of threatening or annoying phone calls will be investigated.

Respectfully,

Kevin Barry
Chief of Police



# EXHIBIT 12



# Town of Rowley
### Massachusetts 01969

Board of Selectmen  (978) 948-2372

January 9, 2001

TO: All Town Department Heads, Employees, Boards and Commissions

FR: G. Robert Merry, Chairman, Board of Selectmen GRM

RE: POLICY

Please be advised that, effective immediately, Mr. Nicholas Hurlin has been instructed that he is not to enter Town Hall or Town Hall Annex property without an appointment with a town official or employee. Said appointment shall be made at least twenty-four (24) hours in advance, and at the time of making such appointment with Mr. Hurlin, the person making the appointment shall immediately notify the Rowley Police Department of such appointment. A police officer will escort Mr. Hurlin to the appointment.

**If Mr. Hurlin enters the Town Hall or Town Hall Annex without such an appointment, you are hereby instructed to call the Police Department *immediately* (9-1-1) or 948-7644.**

cc: Police Chief Kevin Barry

# EXHIBIT 13

Nicholas E. Hurlin
P O Box 107 Rowley, MA. 01969
978-948-7411 & Fax

January 24, 2001

Mr. Kevin Barry, Chief of Police
P.O. Box 3655
Rowley, MA 01969          Request for retraction of January 9, 2001

Dear Mr. Barry,

Humbly in the spirit of Theopholos Parsons, Thurgood Marshall and Martin Luther King, I do not question your intentions that led you to writing your letter of January 9, 2001, but I believe you have been ill informed and there fore your January 9, 2001 letter is without merit and rejected. I cannot follow your procedures in good conscience upon hearing from Officer Hill that there was no report from his limited investigation, that would, if followed up had cleared me of any wrong doing as you have concluded in your January 9, 2001 letter. I have asked for an investigation and have been denied, Officer Hill stated there was no investigation because there was no crime committed. Conclusions in your letter are erroneous; therefore, please revisit and recant and retract.

Infringement of civil rights on Jan 8th and 9th curtailing my liberty would have been avoided if the public meeting law had not been violated Jan 8th. Mr. Hurlins complaint consisted of reputation, character, physical condition or mental health, Mr.. Hurlin asked for an executive session and was denied, ironically, an executive session was held directly after I was shouted out of the meeting. I had previously notified the town by letter that if I was subject matter within an executive closed session that I be notified so that I might attend (allowed in the law). It is my opinion, a violation. has occured.

I, am getting to be an old man now, My 5 grandchildren tell me so. If I had been born in the Soviet Union, they would have taken me out behind the barn and *#*#... well, This is AMERICA, my forefathers and my brothers defended our country in times of need, I being exempted from serving by President Johnson take it upon myself to defend our constitution and GOD given liberties to the best of my ability. Therefore, It's my duty as a citizen to put sunshine on transgressions of our Constitution in cases I have personal knowledge within my immediate surroundings.

In conclusion, I want you to retract your letter January 9, 2001 and remove any requirements that I need prior appointments and a police escort to go to town hall or any other departments.

I require that you respond within seven days after which I shall take appropriate steps to protect my rights.

*Nicholas E Hurlin*
Nicholas E. Hurlin
P.O. Box 107
Rowley, MA 01969

wo/berry

EXHIBIT 2
Hurlin
10/8/04  Virginia Dodge, RPR

# EXHIBIT 14



# Town of Rowley

P.O. Box 275 • 139 Main Street
Rowley, MA 01969
Fax: (978) 948-2162

Board of Selectmen
(978) 948-2372

Town Administrator
(978) 948-2705

August 18, 2003

TO: All Town Department Heads, Employees, Boards and Commissions

FR: A.J. Paglia, Chairman, Board of Selectmen A J. P.

RE: POLICY

Please be advised that, effective immediately, the attached policy regarding Nicholas Hurlin, which went into effect on January 9, 2001 has been rescinded.

CC: Police Chief Kevin Barry