# EXHIBIT 15A

Tuesday
January 9, 2001

The DAILY NEWS

NEWBURYPORT Massachusetts Published since 1887

34 pages

$2.75 Weekly Home-Delivered 50 CENTS

**Weather**
Tonight: Flurries end, 15.
Tomorrow: Sun, wind, 20
Page A15

# Resignation deal protects Young

By DAN HACKETT
Daily News staff

AMESBURY — The resignation agreement struck last week between Mayor Nicholas Costello and Chief Financial Officer Donald Young gives Young a broad shield against any legal responsibility for mistakes he may have made in office.

The agreement, released by the mayor's office this morning at the request of The Daily News, also gives the 50-year-old Young a safety net that includes up to six months' pay and four months of full benefits.

Young resigned last week citing job-related stress. He collapsed over the Christmas holiday weekend and was briefly hospitalized.

Costello also agreed that the town would not try to block "any claim for unemployment compensation made by Young after June 30, 2001."

At least one municipal councilor has voiced concerns that Young could file a workers compensation claim for stress and take an indefinite leave of absence while continuing to be paid a portion of his salary.

The agreement, however, appears to eliminate any chance of Young suing the town for "any alleged claims under employment discrimination laws, for emotional distress or other claims."

The agreement also suggests that Young's resignation letter was a statement crafted in concert with the mayor's office.

"The parties will agree in advance t public statement which will be released the time Young announces his resig tion," reads the agreement.

The resignation letter signed by Yo ardently praises the mayor.

"I wish to thank you for your consis support. The town is fortunate to h such a farsighted and talented mayor. sincerest best wishes for continued cess," it reads.

Amesbury, page

## Onceover

### NATION/WORLD

**Oil price fears**

Energy analysts warned yesterday of stiffer oil prices to come if OPEC members curtail their crude output, as expected, by at least 1.5 million barrels — or 5 percent — a day. *Page A13.*

**Papers called fake**

China branded as fakes today newly published documents exposing Chinese leaders' squabbles over the crushing of the 1989 Tiananmen Square protests and suggested their release was aimed at destabilizing the country. In the first official reaction to their weekend release in the United States, China's Foreign Ministry labeled the documents as similar to previous efforts abroad to rekindle controversy over the divisive crackdown in which hundreds were killed.

### NEW ENGLAND

**N.H. tax options**

If reasonably imposed, taxes on income, sales and property would not "prove detrimental to New Hampshire's economy or its social fabric," Gov. Jeanne Shaheen's blue ribbon tax commission reported Monday. *Page A12.*

### BUSINESS

**SUV safety**

Ford Motor Co. plans to offer tire pressure monitors and other safety improvements on all its Ford-branded sport utility vehicles by 2005. Tire pressure was one of the major areas of inquiry in the recall of 6.5 million Firestone tires, which have been blamed for thousands of accidents. Many of the fatal accidents involved Firestone tires on Ford Explorers.

### HEALTH

**Overweight kids**

Influenced by their parents and the media, a disturbing number of children and teenagers are worrying about their weight in hopes of looking model-thin or bodybuilder buff, a study says. *Page B6.*

### BY THE WAY...

**Happy 66, Elvis**

Elvis Presley fans gathered this week at Graceland — where the king of rock 'n' roll lived and died — to mark what would have been the legend's 66th birthday. Those most faithful to the man in the blue suede shoes cut an orange and green cake in his honor Monday, when a new string of prerecorded messages guiding visitors through Graceland was revealed. The audiotapes featured the voice of the king's daughter, Lisa Marie Presley. The rocker, born Jan. 8, 1935, died at Graceland in 1977 at age 42. Each birthday, fans cut a cake on the front lawn and tour the white-columned house that draws 650,000 visitors a year.

## 100-ring circus

BRYAN EATON PHOTO

Cyrus Woodman, 6, has his hands full as he picks up a string of paper rings he made

# Fowler chosen as president o City Council

By KATE SPINNER
Daily News staff

Erford Fowler Brenda Reff

NEWBURYPORT — Ward 4 Councilor Erford Fowler won the City Council presidency last night on the third round of voting.

Fowler defeated three-term President Brenda Reffett (who, until her marriage last month to former city Planning Director Patrick Reffett, was Brenda Swartz) at last night's first council meeting of 2001.

The 11-member council elects a presiding officer at its first meeting of each year.

Proceeding in the absence of Ward 6 Councilor Thomas F. O'Brien, the council's initial vote was split, 5-5. The council could have postponed the vote until their next meeting on Jan. 29, but they proceeded to vote in a second round.

The second round of votes proved identical to the first, but by the third round, Fowler collected seven votes, Reffett received one and Councilor-at-Large John W. Pramberg had two.

After Fowler was declared the council president for 2001, Councilor-at-Large Alan Lavender made a motion make the vote unanimous.

In response to Lavender, Reffett said, "Unanimous or not, we should all work

Council, page A18

**The voting:**

FIRST AND SECOND ROUND

**Voting for Fowler:**
- Ward 1 Councilor C. Bruce Brown,
- Ward 4 Councilor Erford Fowler,
- Councilor At-Large Alan P. Lavender,
- Councilor At-Large Bert H.G. Reed
- Councilor At-Large Joseph F. Spauldin

**Voting for Reffett:**
- Ward 3 Councilor Karen J. Kelly
- Councilor At-Large Audrey G. McCart
- Ward 2 Councilor John F. Norris
- Councilor At-Large John W. Pramberg
- Ward 5 Councilor Brenda Reffett.

THIRD ROUND

**Voting for Fowler:**
- Brown
- Fowler
- Lavender,
- Reed
- Spaulding.
- Norris
- McCarthy

**Voting for Reffett:**
- Pramberg

**Voting for Pramberg:**
- Kelly
- Reffett

# Council gives initia OK to sewer bond

By KATE SPINNER
Daily News staff

NEWBURYPORT — The City Council voted unanimously last night to give initial approval to $3.5 million bond issue to improve

hear comments from the pu and then vote on the issue ag their next meeting on Jan. 29.

In order to obtain the fund city will need to borrow m through a bond issue or mak of loans available throug



BRYAN EATON PHOTO

**Cyrus Woodman, 6, has his hands full as he picks up a string of paper rings he made while home sick last week. The kindergartner at the Brown School in Newburyport took them to his teacher, Sherry Herzig, who had the students estimate how many rings there were before they counted them.**

# 'Wakefield' comments taken as threats by Rowley board

By JESON INGRAHAM
Daily News staff

ROWLEY — A resident's complaints about the health board led to declarations before the selectmen last night that he was trying to prevent Rowley from becoming another "Wakefield."

Pacing before the Board of Selectmen, resident Nicholas Hurlin insisted that he was not making threats by invoking the memory of seven people gunned down at an Internet consulting firm in Wakefield two weeks ago.

"I want you to face reality!" he told selectmen. "It could happen here."

Hurlin has long been in dispute with the Board of Health and selectmen since being evicted from his home on 27 Central St. 12 years ago for septic system violations.

Hurlin waited in silence for more than an hour to bring up the ongoing matter after the selectmen had finished their scheduled business last night. A 10-minute exchange was filled with pointing fingers, raised voices and reddened faces.

Selectmen Chairman Robert Merry was disturbed by Hurlin's comments "two weeks after seven people got shot and killed." He couldn't see them as anything but threats.

"If I could give you some advice, you don't go around talking about Wakefields to a public

Rowley, page A18

1/9/01

uents can expect a hike in their sewer bills.

Margaret Bernier, Sewer Commission Chair, told the council that the appropriation was necessary to bring the city's sewer system up to date.

She said that the city's sewer lines and lift stations are worn out beyond their expected lifespan, and that the sewer lines and aeration systems need to be updated to preserve public health and to keep sewage smells at the treatment

Lavender said that Bernier's timing was unfortunate.

"Everything is going up now, that's my dilemma as far as the time line goes," Lavender said. He pointed out that the city had already approved a Proposition 2 1/2 property tax override to increase tax revenue for the expansion and renovation of both the Public Library and Newburyport High School.

The cost of construction is also at a high level, due to the Big Dig,

being a taxpayer myself, Bernier addressed Lavender.

Lavender asked Bernier if the project could be deferred, or partially implemented.

"We have to do these things now, otherwise we defer it to future generations," she said.

Bernier added that Newburyport would remain among the cities with the lowest fees for sewerage, in comparison to other communities with similar projects in progress.

# ROWLEY: 'Wakefield' comments raise concern

1/9/01

**Continued from page A1**

employee," said Merry.

Selectman Robert Madden said he had received a call earlier from a "very disturbed" health official who said Hurlin made reference to Wakefield and other random shootings during a recent encounter.

"No sane person would say that," shouted Madden, charging Hurlin with causing "turmoil every time you walk in the office."

Madden said if any similar comments are made in the future, Hurlin would be barred from town property. "You're going to get thrown out," Madden said.

Following the meeting, Hurlin said he had been misunderstood and that nobody was more devastated about the Wakefield shooting than him.

"These things have happened in this country. All of the sudden they're coming up. Why?," he asked. "We all have to guard our liberties. I've been silent for too long."

He continued to speak as he walked to his car.

Hurlin was reportedly evicted from his home on Central Street due to failure in meeting Title 5 regulations in the late 1980s. But he said he is merely being punished by a town that has conspired against him. He has since brought the dispute to court.

The selectmen first tried to avoid a confrontation by saying the matter was not under their jurisdiction. But the conversation turned increasingly hostile as Hurlin persisted and frustrations mounted.

Hurlin said he feels like the town is putting him in a "box" with "nowhere to turn." He said he gets shut out by town employees every time he seeks resolution.

Madden said Hurlin had placed himself in an adversarial position by litigating against the town, and, consequently, he shouldn't expect any favors in return.

"The town has to be very careful in how they deal with you," he said.

# BONE MARROW: Donor found for woman

**Continued from page A1**

"If it wasn't for someone going to a drive," said Detwiler, "she wouldn't have found that match."

The Lions Club has decided to cancel the fund-raising dance that had been planned because enough money was raised hold the drive. Detwiler said the Lion's Club thanks the people of Merrimac for generous donations.

The club collected $2,100 from a canister drive and additional donations were received directly in a bank account for the purpose.

The club also was able obtain a grant from the Heinrich Marrow Foundation to put on the drive; the state requires HMOs to pay for the insured person to be tested.

A fund-raiser still be held for Freeman at Bosco's on Sunday, Jan. 21, which is being run by Ron St. Jean. The Lions Club fund-raising will cover only the cost of the bone-marrow drive.

Detwiler said she was unsure of when the bone marrow transplant would take place, reporting that Freeman seems to be doing fine. She said Freeman would be in the hospital a long time for the procedure.

A press release about the bone-marrow drive had reported the transplant would take place next month at the Dana Farber Cancer Center in Boston.

The Lions Club Bone Marrow and Blood Drive will be held on Saturday, March 3, at the Pilgrim Congregational Church, 27 Church St.

To register to be a donor, contact Frank Potter at 346-8561 or Resta Detwiler at 346-8665.

The account that has been opened for Beverly is at the Economy Co-operative Bank, 6 Main St.

# EXHIBIT 15B

**Wednesday**
January 10, 2001

# The DAILY NEWS

**Weather**
Tonight: Clear, 20.
Tomorrow: Some sun, 40s.
**Page A11**

32 pages — NEWBURYPORT Massachusetts Published since 1887 — $2.75 Weekly Home-Delivered — 50 CENTS

## 2-alarm fire at Susse Chalet

AMESBURY — A two-alarm fire struck the fourth floor of the Susse Chalet on Route 110 in Amesbury this morning.

Firefighters on the scene reported that the fire had been contained at the 105-room, $4.6 million hotel at about 9:15 a.m.

Fire was visible from the roof of the hotel at about 9 a.m., several minutes after the Amesbury Department was called to the scene.

The Newburyport Fire Department responded to calls for assistance at about the same time. The Salisbury Fire Department also sent firefighters to cover the Amesbury station at about 9:30 a.m. Amesbury and Newburyport firefighters sought to control the fire.

Onceover

### NATION/WORLD

## Chavez withdraws

President-elect Bush is searching anew for a labor secretary, saying he was saddened by the withdrawal of Linda Chavez in a controversy over her relationship with an undocumented immigrant. "I absolutely believe she would have been a great Cabinet secretary," Bush said Tuesday night at Andrews Air Force Base after arriving for a three-day visit to the nation's capital.

## Economic worries

Just as the Bush administration prepares to take charge, anxiety is on the rise among Americans about the state of their nation's economy, an Associated Press poll suggests. *Page C4*

### NEW ENGLAND

## Power play

Attorney General Thomas Reilly is calling on the state's power companies to build more lines between the Boston area and the rest of New England to help lower electric costs. Customers and businesses in the eastern part of the state are being denied the full benefits of the state's electric deregulation law because congested transmission lines are driving up costs, Reilly said. The law promised lower energy prices by increasing competition.

### BY THE WAY...

## Hoofing it

A hefty heifer from the National Western Stock Show in Denver escaped from its pen Friday and led police on a brief but spirited chase along nearby Interstate 70 before being corralled by handlers. Police were dispatched after the animal was spotted heading west in the eastbound lanes of I-70 several minutes later. The freeway was closed briefly and reopened after four livestock

# Amesbury taxpayers fume

## Large turnout for council meeting

By **DAN HACKETT**
Daily News staff

AMESBURY — What went wrong? That question, amplified by taxpayer anger, loomed over last night's debate about the recent tax hike.

In the end, what taxpayers got was a rehash of figures, a hint of explanation, and an IOU for more complete answers in the coming weeks.

"What guarantee can you say, 'OK, we will not have this meeting again next year to discuss (that) we have another shortfall,'" said Stephen Dunford of Woodman Road. Dunford led a petition drive last year to sack the chief financial officer after similar problems arose.

Karen Cook, who said taxes doubled on her Market Street home, joked that she is becoming Amish to get the tax exemption on religious property. Cook, who runs Cider Hill Farm with her husband, Glenn, also mused about urging taxpayers to compost their bills then spread the fertilizer.

"Oh, the sweetness," she dead-panned.

**Amesbury taxpayers listen to mayoral aide Ted van Nahl explain the tax situation before the Municipal Council.**

BRYAN EATON PHOT

**Van Nahl explains the tax structure as Council Tom Iacobucci looks on.**

Jim Powell of Whitehall Road, who publicly supported Mayor Nicholas Costello in the last election, interrupted dinner and helping his son with math homework to speak at last night's meeting. He admonished the mayor, his administration and the council for letting the budget problems develop.

"It either borders on deception or ... incompetence," said Powell, a banker in Boston, who feels that level of mismanagement would get most people fired in the private sector.

Taxpayers' venting followed Costello's "state of the city" address, in which he made no mention of the tax rate, and mayoral aide Ted Van Nahl's analysis of what caused the rate hike.

Councilors and taxpayers pressed t mayor's aide to explain how the budg came to have shortfalls, and what t administration is doing to prevent it fro happening again this fiscal year.

"I think that rather than give you quick answer to that question," Van Na said at one point, "I need to interview

**Amesbury, page A**

## New experience

BRYAN EATON PHOTO

**Youngsters head down March's Hill in Newburyport yesterday afternoon after school. Many of 17 Costa Rican exchange students were there for their first time sledding**

# Latest MCAS ratings baffle local educators

By **GREG COOK**
Daily News staff

Newburyport's Kelley School was being praised two weeks ago by parents and in the press because none of its fourth-graders failed any section of the Massachusetts Comprehensive Assessment System (MCAS) test last spring.

Yesterday, the state released statistics saying the school failed to improve student performance on the test over the last three years as much as the state had said it should.

Just these sort of reviews of MCAS results frustrate local educators. How are schools — and parents — to make sense of such contradictory information?

"To me it's crazy," Kelley Principal Jennifer Roberts said. "I try not to overemphasize it in a way that makes everyone else crazy."

Roberts said other measurements show the school's students are doing well and MCAS results need to be evaluated as part of this variety of assessments, ranging from standardized tests to portfolios of student work.

"It's difficult because it's very political and the media's involved in it and there's always another piece coming up," Roberts said.

### Moving target

The state Department of Education set improvement goals for school districts across the state after the results for the first round of MCAS testing were released in 1998. Schools whose students on average did well had to improve by one to three points out of the 280 possible, schools whose students scored poorly had to

### Improvement ratings

| School | English | Math | Science | Overall | Performance |
|---|---|---|---|---|---|
| **Amesbury** | | | | | |
| Elementary | F | F | F | F | L |
| Cashman | E | E | E | E | M |
| Middle | M | F | F | F | L |
| High | F | A | A | F | L |
| **Georgetown** | | | | | |
| Penn Brook | *Data under review* | | | | |
| Middle | F | F | F | F | L |
| High | M | E | A | E | M |
| **Newburyport** | | | | | |
| Brown | F | F | E | F | M |
| Kelley | *No content ratings* | | | F | M |
| Bresnahan | F | A | M | F | M |
| Nock Middle | M | E | M | M | M |
| High | *Data under review* | | | | |
| **Pentucket** | | | | | |
| Bagnall | M | E | E | E | M |
| Donaghue | A | F | M | F | M |
| Page | F | F | E | F | H |
| Middle | E | E | E | E | M |
| High | F | A | F | F | M |
| **Triton** | | | | | |
| Salisbury | F | F | M | F | L |
| Newbury | A | E | E | E | M |
| Pine Grove | A | M | E | M | M |
| Middle | E | M | M | E | L |
| High | F | M | A | A | L |
| **Whittier** | F | F | F | F | CL |

**Key**
**Performance rating:** H - high; M - moderate; L - low; V[L] - very low; CL - critically low.
**Improvement rating:** E - exceeded; M - met; A - approached; F - failed to meet.
*"Performance rating" is a function of how well students at a school did on the MCAS. Goals were set with lower-rated schoo expected to improve scores most. How well those goals were m then tied to the "improvement rating."*



BRYAN EATON PHOTO

**Youngsters head down March's Hill in Newburyport yesterday afternoon after school. Many of 17 Costa Rican exchange students were there for their first time sledding on snow.**

Daily News staff

Newburyport's Kelley School was being praised two weeks ago by parents and in the press because none of its fourth-graders failed any section of the Massachusetts Comprehensive Assessment System (MCAS) test last spring.

Yesterday, the state released statistics saying the school failed to improve student performance on the test over the last three years as much as the state had said it should.

Just these sort of reviews of MCAS results frustrate local educators. How are schools — and parents — to make sense of such contradictory information?

"To me it's crazy," Kelley Principal Jennifer Roberts said. "I try not to overemphasize it in a way that makes everyone else crazy."

Roberts said other measurements show the school's students are doing well and MCAS results need to be evaluated as part of this variety of assessments, ranging from standardized tests to portfolios of student work.

"It's difficult because it's very political and the media's involved in it and there's always another piece coming up," Roberts said.

**Moving target**

The state Department of Education set improvement goals for school districts across the state after the results for the first round of MCAS testing were released in 1998. Schools whose students on average did well had to improve by one to three points out of the 280 possible; schools whose students scored poorly had to improve by five to seven.

MCAS, page A12

## Improvement ratings

| School | English | Math | Science | Overall | Performance |
|---|---|---|---|---|---|
| **Amesbury** | | | | | |
| Elementary | F | F | F | F | L |
| Cashman | E | E | E | E | M |
| Middle | M | F | F | F | L |
| High | F | A | A | F | L |
| **Georgetown** | | | | | |
| Penn Brook | *Data under review* | | | | |
| Middle | F | F | F | F | L |
| High | M | E | A | E | M |
| **Newburyport** | | | | | |
| Brown | F | F | E | F | M |
| Kelley | *No content ratings* | | | F | M |
| Bresnahan | F | A | M | F | M |
| Nock Middle | M | E | M | M | M |
| High | *Data under review* | | | | |
| **Pentucket** | | | | | |
| Bagnall | M | E | E | E | M |
| Donaghue | A | F | M | F | M |
| Page | F | F | E | F | H |
| Middle | E | E | E | E | M |
| High | F | A | F | F | M |
| **Triton** | | | | | |
| Salisbury | F | F | M | F | L |
| Newbury | A | E | E | E | M |
| Pine Grove | A | M | E | M | M |
| Middle | E | M | M | E | L |
| High | F | M | A | A | L |
| **Whittier** | F | F | F | F | CL |

**Key**

**Performance rating:** H - high; M - moderate; L - low; VL - very low; CL - critically low.

**Improvement rating:** E - exceeded; M - met; A - approached; F - failed to meet.

*"Performance rating" is a function of how well students at a school did on the MCAS. Goals were set with lower-rated schools expected to improve scores most. How well those goals were met then led to the "improvement rating."*

SOURCE: MASS. DEPARTMENT OF EDUCATION

# Officer accused of assaulting girlfriend on duty

By JESSICA BENSON
Daily News staff

SALISBURY — A police officer has been accused of assaulting his girlfriend, a co-worker, while on duty in the police station.

A restraining order against officer John Engle, 25, of 2 12th St., Salisbury, was issued on Dec. 18, the same day that parking officer Kristen Kozacka claims he made threatening phone calls from the station to her Salisbury home. He later physically assaulted Kozacka when she went to station to file a report, Kozacka claimed in a statement made with the restraining order application.

A source said that Engle is currently on administrative leave. Police Chief Larry Streeter refused to say anything about the matter and would not confirm the report.

"My policy is not to comment on internal matters," Streeter said.

Reached by telephone at his home last night, Engle also declined to comment.

Engle has been ordered to stay at least 50 yards away from Kozacka's home and her job at the Women's Crisis Center in Newburyport. He is not to have any contact with her, except for inadvertent contact at work.

The initial restraining order, filed in Newburyport District Court, was extended on Jan. 2, and again yesterday. A hearing is scheduled for 2 p.m. on Jan. 24 to see if

Salisbury, page A12

# Rowley resident given conditions on contacting town employees

1/10/01

BY JESON INGRAHAM
Daily News staff

ROWLEY — A resident who warned selectmen on Monday that Rowley could be the next "Wakefield" has agreed to a set of conditions in contacting town employees, police said this morning.

The police sent what Chief Kevin Barry called a "private" letter to Nicholas Hurlin of 419 Central St., laying out a series of requests.

"When he wants to visit the Town Hall, there are certain conditions he has to conform to," Barry said. "Hopefully, the issue that happened on Monday is over."

Hurlin appeared before the board on Monday to complain about being evicted from his home on 27 Central St. 12 years ago for septic system violations. As the exchange intensified, Hurlin indicated that he wanted to prevent the shooting tragedies in Wakefield and Colebrook, N.H., from happening in Rowley.

Selectman Robert Madden said Hurlin made a similar comment to Board of Health member Charles Costello on the same day; and the warnings were not appreciated.

"We as town officials cannot allow an individual to terrorize town employees," Madden said. "It just can't be allowed to happen."

Madden said he has known Hurlin for many years and, at times, he has been a

Rowley, page A12

past few years.

"You have to hold something constant to measure it and nothing is being held constant," Newburyport Superintendent Kathleen Smith said.

"They've done this too soon," said Amesbury Superintendent Stephen Gerber. "That's the problem."

Test results also do not yet reflect the benefits of programs schools have implemented in the last few years, Gerber said, such as the full-day kindergarten program Amesbury schools started last year. He believes another year or two is needed to get enough reliable data.

Triton Regional School District Superintendent Garry Murphy said the state's goals are too general.

"I think the improvement expectations are unrealistic in some areas," Murphy said. "You've got to look at each school individually."

School administrators warned that at small schools, such as those where fewer than 100 children are in each grade, a few children who score especially well or especially poorly can swing the overall average. The state doesn't even release separate subject area scores for schools like Kelley where fewer than 30 children took the test in any year. Partly because of this, Newburyport administrators are reluctant to compare scores at the city's three elementary schools.

And school leaders noted that students' socio-economic back-

... exceeded improvement goals, while Donaghue failed to meet its goals. The difference was Bagnall's score improved by 5.5 points and Donaghue's didn't change at all.

The Page School in West Newbury also failed to meet its state-set improvement goals after the school's average score declined by half a point. But the school had an average score higher than the other two schools at 244.8 for 1999 and 2000. The state ranked Page as a high-performing school, based on its performance in 1998, the only school in the area at that level. Donaghue and Bagnall were ranked as moderately performing based on their scores that year.

"In high-performing schools, it's sometimes very challenging to keep meeting the raised bar," Pentucket Assistant Superintendent Peter McGinn said.

Schools that performed well initially and also improved will be honored by the state and spotlighted as models for other schools, according to the Department of Education's plan. Moderately or poorly performing schools that failed to meet state goals will receive a warning that they must strengthen their improvement efforts. Very poorly performing schools failing to show improvement could face takeover by the state.

Among local schools, only Whittier Regional Vocational Technical High School in Haverhill — ranked "critically low" on average scores and failing to meet any

... answers.

Local school administrators did not expect the MCAS information released yesterday to lead to new programs. Instead, school leaders planned to continue to better align their lessons to state guidelines, improve instruction through teacher training and add programs during and outside of classes to help struggling students.

Murphy said Triton hopes to continue reducing class sizes, as it has over the past several years, and to add more day-to-day testing in a style similar to MCAS.

"I think one of the things we struggle with in this profession is we're a veteran group for the most part. Many of us have been teaching for 25 to 30 years," Pentucket's McGinn said. "Have they been given time to become familiar with the (state) Board of Education's standards for each discipline and then opted to instruct students based on each subject's standards?

"I think that's quite a challenge for someone one year, two years, three years from retirement. And I don't think public educators are supported with time to redesign their curriculum, their instruction."

To address this, Pentucket began providing time outside of class this fall for teachers to develop new lessons in response to the changing state guidelines. The district hopes to start an orientation program for new and young teachers this summer to expand upon this.

# ROWLEY: Resident agrees to conditions 1/10/01

**Continued from page A1**

vocal critic of the town. But Hurlin took his protest to a new level on Monday, Madden said.

Barry would not disclose any details about the conditions, only that Hurlin had agreed to them. "I don't want to say anything that will escalate the situation any further," he said.

He said Hurlin's comments about recent shootings caused "immediate concern."

Hurlin told selectmen he meant no harm by his statements. He was simply trying to warn the town that such a shooting could happen here if town officials continue to act as they have in the past.

"I don't want to see that happen here because of some bureaucrats who don't want to work for the citizens," said Hurlin following Monday's encounter.

Hurlin said he feels the town has left him nowhere to turn. He has taken the dispute over the Central Street home to court, but feels the issue has been dragging on for too long.

He sees recent encounters with town officials as intensified efforts to find a resolution.

# EXHIBIT 15C

# NEWBURY

# Man needs police escort to go into town offices

By JESON INGRAHAM
Daily News staff

ROWLEY — A man who disturbed several town employees with comments about the recent shootings in Wakefield cannot set foot into town offices without a police escort.

Rowley police have also instructed Rowley resident Nicholas Hurlin of 419 Central St., that he must make an appointment to visit the Town Hall or Town Hall Annex 24 hours in advance.

The details of the arrangement were sent to the town's various boards and offices in a letter yesterday, also given to The Daily News by a town employee. Rowley Police Chief Kevin Barry would not disclose the details of the Police Department's orders, hoping to lay the issue to rest.

The recent action follows a dispute between Hurlin and the selectmen on Monday. Hurlin waited for more than an hour to bring up a Board of Health decision that was made more than a decade ago to condemn the house he owned on 27 Central St. due to problems with septic system regulations.

Hurlin has taken the matter to court, and said he continues to be treated unreasonably by town officials. And if they continue to act in a similar fashion, Hurlin suggests they could have another "Wakefield or Colebrook, N.H.," on their hands.

Hurlin insisted that the comments were not meant as a threat, rather a warning that "it could happen here."

But two weeks after seven people were gunned down at an Internet consulting firm in Wakefield, his assurances offered the selectmen little comfort.

Selectman Robert Madden said the town was forced to take action against Hurlin because they could not allow a resident to "terrorize" town employees.

Madden said he had received a call from a Board of Health member, Charles Costello, who was shaken up about similar comments in regards to recent shootings.

## ROWLEY

## Scouts to collect recyclables

The Boy Scouts, Girl Scouts and Cub Scouts will be collecting recyclable

# Celluc

BOSTON — Quiet nights are finally on their way for people who live near the commuter railroad tracks in Newbury now that Gov. Paul Cellucci has signed a ban on train whistles in the town.

The legislation, which Cellucci signed on Jan. 4, requires several safety devices — such as bells.

# Hearing se

By JESON INGRAHAM
Daily News staff

ROWLEY — Route 1 may be the ideal spot for commercial development, but unless two-thirds of the town's voters agree, it's a moot point.

That's the dilemma many Planning Board members face in weighing a proposal to extend the commercial zone on Route 1 north of Wethersfield Street up to Central Street. The change requires a two-thirds vote at a town meeting and could come before voters as early as this spring.

The board will hold a public hearing on Feb. 21 at 8 p.m. to discuss the matter.

The proposed zone, mostly off the western side of the road, could cover several non-conforming businesses, including Jack & Jill's Olde Mill, Simard's Family Restaurant and the Agawam Fence Company.

Businessman Buck Grader, who has proposed the change along with Jack Luz, has his own plans

Town of Rowley
139 Main Street
Rowley, MA 01969

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Pamela Fitzgerald | **Fax:** | 617-880-7171 |
| **From:** | Deb Eagan | **Date:** | 11/8/2004 |
| **Re:** | N. HURLIN - POLICY | **Pages:** | 1 PAGE TO FOLLOW |
| **CC:** | Steve Fletcher | | |

☐ Urgent X For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**Notes:** The following memo was distributed to all town departments.

Any questions, please call me.



Town of Rowley
Massachusetts 01969

Board of Selectmen

(978) 948-2372

January 9, 2001

TO: All Town Department Heads, Employees, Boards and Commissions

FR: G. Robert Merry, Chairman, Board of Selectmen GRM

RE: POLICY

Please be advised that, effective immediately, Mr. Nicholas Hurlin has been instructed that he is not to enter Town Hall or Town Hall Annex property without an appointment with a town official or employee. Said appointment shall be made at least twenty-four (24) hours in advance, and at the time of making such appointment with Mr. Hurlin, the person making the appointment shall immediately notify the Rowley Police Department of such appointment. A police officer will escort Mr. Hurlin to the appointment.

**If Mr. Hurlin enters the Town Hall or Town Hall Annex without such an appointment, you are hereby instructed to call the Police Department *immediately* (9-1-1) or 948-7644.**

cc: Police Chief Kevin Barry