UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10833MBB

NICHOLAS E. HURLIN )
    Plaintiff )
)
v. )
)
TOWN OF ROWLEY, )
    Defendant )

**JOINT MOTION FOR ADDITIONAL TIME FOR THE PLAINTIFF TO FILE AN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now come the parties in the above-referenced matter and respectfully request this Honorable Court to continue the deadline for the Plaintiff to file his opposition to Defendant's Motion For Summary Judgment. Said opposition was due on February 24, 2005 and the Plaintiff is requesting an additional 12-day extension until March 8, 2005.

| The plaintiff, | The defendant, |
|---|---|
| Nicholas Hurlin, | Town of Rowley, |
| Pro Se, | By its attorneys, |
| | |
| /s/ Nicholas E. Hurlin | /s/ Pamela J. Fitzgerald |
| Nicholas E. Hurlin | Pamela J. Fitzgerald, BBO #563130 |
| P.O. Box 11 | Brody, Hardoon, Perkins And Kesten, LLP |
| Newburyport, MA  01950 | One Exeter Plaza |
| (978) 948-7411 | Boston, MA |
| | (617) 880-7100 |

Dated: 3/1/05

1