UNITED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10833MBB

NICHOLAS E. HURLIN,     )
    Plaintiff            )
                         )
v.                       )
                         )
TOWN OF ROWLEY,          )
    Defendant            )

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Nicholas E. Hurlin, and submits this Opposition to Defendant's Motion for Summary Judgment. The Plaintiff submits the attached Memorandum of Fact and Memorandum of Law in support of its opposition and incorporates, as if fully set forth herein, Exhibits 1 through 16, attached to the Memorandum.

The Plaintiff,
Pro Se,

_____
Nicholas E. Hurlin
P.O. BOX 11
Newburyport, MA 01950

Dated: March 7, 2005