## Minutes of the Rowley Board of Selectmen's Meeting

Monday, January 8, 2001, Meeting convened at 7:00 the Selectmen's Office

Members present: G. Robert Merry, Chairman, Robert Madden and Attilio Paglia. (Town Administrator, Deborah Eagan, Executive Secretary, Beth Liffers)

Public Attendees: Jason Ingraham, Cliff Pierce, Eric Grover, James Broderick, Richard ?, Jack DiMento, Nick Hurlin

G. Robert Merry opened the meeting at 7 p.m.

### Appointments/Public Hearings
**7:00 p.m. APPOINTMENT:** Planning Board Member Cliff Pierce to discuss Master Planning process. Pierce announced that there is a community development meeting at 7:00 p.m. on January 24, 2001 at the Pine Grove School. He said that this meeting is the first step in obtaining a grant from the state to partially fund a master planning process.

### General Business
1. Robert Madden moved to approve the 2002 Compensation Schedule as approved by the Personnel Board on January 3, second Attilio Paglia, all in favor - aye.

2. G. Robert Merry stated that we had a vacancy for Animal Control Officer and there was an applicant, Reed Wilson. Attilio Paglia moved to approve Reed Wilson for a 3-year appointment term to expire June 30, 2004, second Robert Madden, all in favor - aye.

3. G. Robert Merry stated that there is also a vacancy for the position of Animal Inspector. Madden explained that this is a one-year position that is up April 1 of each year. Attilio Paglia moved to appoint Reed Wilson until April 1, 2001, second Robert Madden, all in favor - aye.

4. G. Robert Merry stated that the date needed to be set for the Annual Town Meeting; Robert Madden moved to set the date of the Annual Town Meeting for May 7, 2001 at 7:30 p.m. at the Pine Grove School, second Attilio Paglia, all in favor - aye.

5. Robert Madden moved to set the date of the Special Town Meeting for May 7, 2001, 7:30 at the Pine Grove School, second Attilio Paglia, all in favor - aye.

6. G. Robert Merry called for a motion to open the Annual Town Meeting Warrant; Attilio moved to open the ATM Warrant, second Robert Madden, all in favor -aye. Robert Madden moved that he recommended that the Warrant be closed on February 5, 2001 at 7:00 p.m., second Paglia, all in favor - aye.

### Announcements
1. Christmas Tree drop off for Rowley residents at Eiras Park parking lot area in front of field adjacent to Smith Lane through January 13.

JANUARY 8, 2001

2. G. Robert Merry announced that there is a vacancy on the Recreation Committee, an... interested in serving should contact the Recreation Commission or the Board of Selectmen

G. Robert Merry called for a moment of silence for Russ Hodgdon who passed away over... weekend. He said that Hodgdon was a Shellfish Commissioner, a member of the Planning... elected Town Constable and was always willing to lend a hand.

**7:15 p.m. PUBLIC HEARING** - Pole Hearing - Rowley Municipal Light Department... Officer Eric Grover. Grover stated that the purpose of this hearing is to set a stub pole on... Street; there is a pole that is leaning over. He said he would like to set up a pole across the... from pole 5. G. Robert Merry asked if anyone in the audience would like to speak to this... Hearing, no one came forward. Merry read from the legal notice that was in the newspaper... Robert Madden moved to approve placement of pole 5-S, second Attilio Paglia, all in favor...

**General business continued.**
7. G. Robert Merry stated that there are two soil suitability applications from Warren Gro... lots 7 and 8 on Cross Street. He said that the applications appear to be in order. It was d... that the Public Hearings would be held on February 26, 2001 for lot 7 at 7:30 p.m. and lot... p.m.

**7:30 APPOINTMENT** - Open Space Committee Chairman Darrell DeTour to discuss g... application and letter of support. G. Robert Merry read letter into minutes, which is from... of Selectmen supporting the Hunsley Hills Project. Attilio Paglia moved to approve the le... sent, second Robert Madden, all in favor - aye.

**General Business continued**
10. G. Robert Merry stated that a reminder letter should be mailed to Larry Kelly of Kend... Construction Corp on plowing and sanding River's Edge Road. He said that the bill has al... been mailed to him. Attilio Paglia moved to approve sending the letter, second Robert Mad... in favor - aye.

11. G. Robert Merry stated that there is a letter to the Executive Office of Public Safety authorizing Fire Chief James Broderick to sign/execute grant contracts. Robert Madden m... approve signing and sending the letter, second Attilio Paglia, all in favor aye.

Attilio Paglia left the meeting at 7:35 p.m.

8. G. Robert Merry read a letter from Triton School Superintendent Garry Murphy... Selectmen appointee to Triton Agreement Review Committee. Merry stated that Wa... has stated that he is interested. Robert Madden moved to appoint Warren Appell as... Selectmen's representative to the Triton Agreement Review Committee, second G... All in favor - 2-0 Attilio Paglia not present.

9. License application - Veterans Mobil to store combustible flammable substances... Broderick stated that this needs to be done every five years but since Veterans has had...

JANUARY 8, 2001

ownership that this is not a renewal but a license application. There are four separate app[lications]
for Veterans Mobil, 3 underground tanks and one above ground tank. G. Robert Merry s[tated]
the fee would be waived this time due to the lax in time. Public Hearing set for January 2[...]
7:15 p.m.

Robert Madden moved to approve the minutes of December 18, 2000, second G. Robert M[erry]
in favor - 2-0, Attilio Paglia absent.

12. G. Robert Merry stated that we have a letter from Mintz, Levin and Cohn on special p[...]
application for Omnipoint. Merry asked if there were any recommendations, he stated that h[is]
recommendation is that he isn't sure he wants to support the application to the Planning Bo[ard]
Robert Madden stated that he would like to take it under advisement until the Planning Boa[rd]
comes forward. Merry suggested that a letter be sent to the Planning Board that the Board o[f]
Selectmen is not interested in this particular project. Robert Madden moved to send the lett[er]
the Planning Board, second G. Robert Merry - all in favor 2-0, Attilio Paglia absent.

G. Robert Merry stated that this wraps up the agenda for the regular session of Board of S[electmen]
He asked Mr. Nick Hurlin if there was something that he would like to discuss. He said th[at]
he would like to discuss is general public business and the second part is for closed session
Robert Merry stated that he would need something in writing requesting a closed session an[d]
the Board of Selectmen would determine the Executive Session. Hurlin stated that the Exec[utive]
Session would be about personalities. Merry stated that might not be a legitimate Executiv[e]
Session. Merry stated that he would need that in writing because if it is dealing with a tow[n]
employee, then the employee has the authority to either have it in Executive Session or Op[en]
Session. Merry stated that if he has something in open session that could be done now. Hu[rlin]
stated that this goes back to the 1980's at a Selectmen's meeting. He said during the rece[ss]
meeting the Selectmen tried to conspire to have his apartment taken away from him. Mer[ry]
Hurlin that he would have to stop him from going on because there is currently a lawsuit i[n]
that particular property. Hurlin said that this has to do with a letter he received from Ma[...]
Norris of the DEP. Merry asked what Hurlin wanted from the Board of Selectmen. Hurli[n]
responded that Nathalie Cook (present owner of property) would like the Board of Healt[h]
agents to listen to what she has to say. He said they keep telling him to get out of the off[ice]
he wants to discuss items in detail. Merry told him that if he has a problem with the Boar[d]
Health Agent then he needs to talk to the Board of Health. Hurlin stated that the Board [...]
Chairman, Charles Costello, also works for the DEP. He said that because Costello wor[ks]
DEP then the residents of Rowley have no one to turn to. He said that they (the Board o[f]
do not want to discuss the issues. He said that Costello should not be on the Board of H[ealth]
Merry told him that he couldn't dismiss the Appointment of Mr. Costello without just c[ause]
stated that there was an issue tonight with a licensee and he saw how the Board of Sel[ectmen]
to help the applicant. He said that the Board of Selectmen need to have their agents a[ct the same]
way to everyone else in the town. Merry said that the difference is that the Board of [...]
does not issue anything to do with septic systems or sanitary codes, but the board doe[s]
license to store fuel which is what the applicant had. Robert Madden stated to Hurlin th[at]
here tonight to complain about the Board of Health because he didn't get what he con[siders]
reasonable treatment. Madden stated that the property is now in the name of Nathali[e]

not in Nick Hurlin's. He said that because of this point Nathalie is the agent for the property. Hurlin stated that he is the agent; Madden stated that he has nothing telling him that. Madden stated that Hurlin doesn't even like what the DEP is telling him and they are the agency that overrides the Board of Health. Madden said "there are a couple of things that I as a Selectm not put up with, you can complain about any town official that you want to, but let me tell something, the next time that I ever hear that you have threaten a town employee..." Hurlin that he didn't threaten a town employee. Madden stated that he got a call from a "very distra Mr. Costello". Hurlin stated that Costello took him out of context. Madden said "the next that you ever do that, you will be barred from town property!" Hurlin said that he is trying prevent in the future from having another Colbrook, NH or Wakefield from happening. M asked Hurlin if he was threatening him. Hurlin said that it was not a threat. He said that h trying to prevent such a thing from happening. Madden asked him who he was preventing Hurlin said "from somebody who wasn't like myself, who didn't have my..." Madden said " causes turmoil everytime he walks into the office". Hurlin stated that he does not cause tur Merry stated that is exactly what is happening right now. Merry said "Nick, if I could give some friendly advice, you don't go around talking about Wakefields or you don't go around about Colbrook, NH to public employees because that is a threat. Merry stated that if it w threat then why did he bring it up. He said he brought it up because he wants everyone to reality. Merry stated that you don't bring up those subjects when you are dealing with publ employees. Hurlin stated that it was not intended to be a threat. Merry stated that the dis has ended.

Merry stated that takes care of our general session we would like to enter Executive Se purpose of discussing employee contracts, union negotiation, land purchase and lawsuits

Robert Madden moved to enter into Executive Session, second G. Robert Merry. Roll call Robert Madden - aye, G. Robert Merry - aye. Attilio Paglia absent. Merry stated that we reconvene into general session

General session adjourned at 8:30 p.m.

Respectfully submitted:

*[signature]*
Beth Liffers
Executive Secretary

| Number | Time | Call Reason | Action | Priority | Digital |

2145  Initiated - OFFICER INVESTIGATION   INVESTIGATED
Call Taker: Kenneth Belson
Location: 441 CENTRAL ST
Initiated By: 14 - David Sedgwick
Involved Party: HURLIN, NICK @ 441 CENTRAL ST - ROWLEY, MA 01969 978-948-7411
Unit: 14  Sedgwick          Disp-     Arvd-2145   Clrd-2228
Narrative:

Nick Hurlin contacted this Department to speak with an officer.

---

I responded to Hurlin's house at his request. Upon arrival I was met by Hurlin and Nathalie Cook. Hurlin stated that he wanted to discuss what occurred at the Selectmen's meeting this evening. Hurlin stated that Selectmen Madden had told him in open forum that he had threatened the BOH.

Hurlin spoke in length about the history between the town and his efforts to stay in the house located next to the Grange. Hurlin stated he has contacted numerous Government agencies regarding the biased and unconstitutional decisions by the Town of Rowley. Hurlin also stated that Chief Barry sent a letter to him requesting $300.00 for a copy of a incident report.

Hurlin stated that he never threatened Costello (Chairman of BOH). Hurlin said to Costello that the reason Incidents like Wakefield and Colebrook happen stem from the treatment similar to what he was receiving from the BOH. According to Hurlin this was not a threat.

Hurlin then requested that a copy of the original police report be given to him. I informed him that a written request must be made. Hurlin wrote out that request.

# TOWN OF ROWLEY
## POLICE DEPARTMENT

**KEVIN BARRY**
CHIEF OF POLICE
(978) 948-7644
FAX (978) 948-7087
ORI MA0052700

477 HAVERHILL STREET
P.O. BOX 365
ROWLEY, MA 01969
www.rowleypolice.com

January 9, 2001

Mr. Nicholas Hurlin
419 Central Street
Rowley, MA 01969

Dear Mr. Hurlin,

As a result of your threatening behavior on the evening January 8, 2001, at which time during a phone conversation with the Chairman of the Rowley Board of Health and later that same evening during your appearance before the Rowley Board of Selectmen, you stated your desire to "prevent another Colebrook, NH or Wakefield, MA", together with similar threatening behavior in the past, please be advised that, effective immediately, you are barred from entering the Town Hall and the Town Hall Annex except by appointment with the official or employee with whom you will be meeting. Each such appointment shall be made at least twenty-four (24) hours in advance and an Officer of the Rowley Police Department will escort you to all such appointments. Please, also be advised, the Rowley Police will be contacted by that particular department.

It shall be your responsibility to make the necessary arrangements with the Rowley Police Department to conform to the elements of this letter. Please be further advised that if you arrive at Town Hall without such appointment and/or police escort, you will be considered a Trespasser and be assured this Police Department will take all appropriate action. Any further complaints of threatening or annoying phone calls will be investigated.

Respectfully,

Kevin Barry
Chief of Police





# Town of Rowley
## Massachusetts 01969

(978) ▪▪▪▪

Board of Selectmen

January 9, 2001

TO: All Town Department Heads, Employees, Boards and Commissions

FR: G. Robert Merry, Chairman, Board of Selectmen GRM

RE: POLICY

Please be advised that, effective immediately, Mr. Nicholas Hurlin has been instructed that he is not to enter Town Hall or Town Hall Annex property without an appointment with a town official or employee. Said appointment shall be made at least twenty-four (24) hours in advance, and at the time of making such appointment with Mr. Hurlin, the person making the appointment shall immediately notify the Rowley Police Department of such appointment. A police officer will escort Mr. Hurlin to the appointment.

**If Mr. Hurlin enters the Town Hall or Town Hall Annex without such an appointment, you are hereby instructed to call the Police Department** *immediately* **(9-1-1) or 948-7644.**

cc: Police Chief Kevin Barry