Nicholas E. Hurlin
P O Box 107 Rowley, MA. 01969
978-948-7411 & Fax

January 24, 2001

Mr. Kevin Barry, Chief of Police
P.O. Box 3655
Rowley, MA 01969

Request for retraction of January 9, 2001

Dear Mr. Barry,

Humbly in the spirit of Theopholos Parsons, Thurgood Marshall and Martin Luther King, I do not question your intentions that led you to writing your letter of January 9, 2001, but I believe you have been ill informed and there fore your January 9, 2001 letter is without merit and rejected. I cannot follow your procedures in good conscience upon hearing from Officer Hill that there was no report from his limited investigation, that would, if followed up had cleared me of any wrong doing as you have concluded in your January 9, 2001 letter. I have asked for an investigation and have been denied, Officer Hill stated there was no investigation because there was no crime committed. Conclusions in your letter are erroneous; therefore, please revisit and recant and retract.

Infringement of civil rights on Jan 8th and 9th curtailing my liberty would have been avoided if the public meeting law had not been violated Jan 8th. Mr. Hurlins complaint consisted of reputation, character, physical condition or mental health, Mr.. Hurlin asked for an executive session and was denied, ironically, an executive session was held directly after I was shouted out of the meeting. I had previously notified the town by letter that if I was subject matter within an executive closed session that I be notified so that I might attend (allowed in the law). It is my opinion, a violation has occured.

I, am getting to be an old man now, My 5 grandchildren tell me so. If I had been born in the Soviet Union, they would have taken me out behind the barn and *#*#... well, This is AMERICA, my forefathers and my brothers defended our country in times of need, I being exempted from serving by President Johnson take it upon myself to defend our constitution and GOD given liberties to the best of my ability. Therefore, It's my duty as a citizen to put sunshine on transgressions of our Constitution in cases I have personal knowledge within my immediate surroundings.

In conclusion, I want you to retract your letter January 9, 2001 and remove any requirements that I need prior appointments and a police escort to go to town hall or any other departments.

I require that you respond within seven days after which I shall take appropriate steps to protect my rights.

*Nicholas E Hurlin*
Nicholas E. Hurlin
P.O. Box 107
Rowley, MA 01969

wo/berry





# Town of Rowley

P.O. Box 275 • 139 Main Street
Rowley, MA 01969
Fax: (978) 948-2162

Board of Selectmen
(978) 948-2372

Town Administrator
(978) 948-

August 18, 2003

TO: All Town Department Heads, Employees, Boards and Commissions

FR: A.J. Paglia, Chairman, Board of Selectmen A J . P.

RE: POLICY

Please be advised that, effective immediately, the attached policy regarding Nicholas Hurlin, which went into effect on January 9, 2001 has been rescinded.

CC: Police Chief Kevin Barry

# The Daily News

Tuesday
January 9, 2001

NEWBURYPORT
Massachusetts
Published since 1887

## Onceover

### NATION/WORLD

**price fears**

Energy analysts warned yesterday of oil prices to come if OPEC members curtail their crude output, as expected, at least 1.5 million barrels a per cent today. **Page A13**

**pers called fake**

...branded as fakes today, newly ...documents exposing Chinese ...squabbles over the crushing of ...Tiananmen Square protests and ...their release was aimed at ...the country. In the first offi... ...their weekend release in ...United States, China's Foreign Min...held the documents as similar to ...efforts abroad to rekindle con... ...over the divisive crackdown in ...hundreds were killed.

### NEW ENGLAND

**l. tax options**

"reasonably imposed taxes on ... sales and property would not ...detrimental to New Hampshire's ...or its social fabric," Gov. ...Shaheen's blue-ribbon tax com...reported Monday. **Page A12**

### BUSINESS

**V safety**

Ford Motor Co. plans to offer tire sure monitors and other safety ovements on all its Ford-branded l utility vehicles by 2005. Tire pres- was one of the major areas of iry in the recall of 6.5 million Fire- tires, which have been blamed for sands of accidents. Many of the accidents involved Firestone tires ord Explorers

### HEALTH

**erweight kids**

ifluenced by their parents and the lia, a disturbing number of chil- n and teenagers are worrying at their weight in hopes of looking del-thin or bodybuilder buff, a ly say. **Page B6.**

### BY THE WAY...

**appy 66, Elvis**

Elvis Presley fans gathered this week Graceland — where the king of rock roll lived and died — to mark what uld have been the legend's 66th birth- y. Those most faithful to the man in blue suede shoes cut an orange and en cake in his honor Monday, when lew string of prerecorded messages iding visitors through Graceland was ealed. The audiotapes feature the k of the king's daughter, Lisa Marie esley. The rocker, born Jan. 8, 1935, d at Graceland in 1977 at age 42. Each rthday, fans cut a cake on the front wn and tour the white-columned use that draws 650,000 visitors a year.

## Resignation deal protects Yo

**By DAN HACKETT**
Daily News staff

AMESBURY — The resignation agreement struck last week between Mayor Nicholas Costello and Chief Financial Officer Donald Young gives Young a broad shield against any legal responsibility for mistakes he may have made in office.

The agreement, released by the mayor's office this morning at the request of The Daily News, also gives the 50-year-old Young a safety net that includes up to six months' pay and four months of full benefits.

Young resigned last week citing job-related stress. He collapsed over the Christmas holiday weekend and was briefly hospitalized.

Costello also agreed that the town would not try to block "any claim for unemployment compensation made by Young after June 30, 2001."

At least one municipal councilor has voiced concerns that Young could file a workers compensation claim for stress and take an indefinite leave of absence while continuing to be paid a portion of his salary.

The agreement, however, appears to eliminate any chance of Young suing the town for "any alleged claims under employment discrimination laws, for emotional distress or other claims."

The agreement also suggests that Young's resignation letter was a statement crafted in concert with the mayor's office.

"The parties will... public statement o... the time Young ... tion," reads the ag...

The resignation le ardently praises the... "I wish to thank... support. The tow... such a farsighted... sincerest best w... cess," it reads.

### 100-ring circus



## Fowler cho as preside City Coun

**By KATE SPINNER**
Daily News staff

NEWBURYPORT — Ward 4 Councilor Erford Fowler won the City Council presidency last night on the third round of voting.

Fowler defeated three-term President Brenda Reffett (who, until her marriage last month to former city Planning Director Patrick Reffett, was Brenda Swartz) at last night's first council meeting of 2001.

The 11-member council elects a presiding officer at its first meeting of each year.

Proceeding in the absence of Ward 6 Councilor Thomas F. O'Brien, the council's initial vote was split, 5-5. The council could have postponed the vote until their next meeting on Jan. 29, but they proceeded to vote in a second round.

The second round of votes proved identical to the first, but by the third round, Fowler collected seven votes, Reffett received one and Councilor-at-Large John W. Pramberg had two.

After Fowler was declared the council president for 2001, Councilor-at-Large Alan Lavender made a motion make the vote unanimous.

In response to Lavender, Reffett said, "Unanimous or not, we should all work"

**Council, page A18**



Erford Fowler

### The voting

SE
**Voting for Fow**
• Ward 1 Co...
• Ward 4 Co...
• Councilor At-Lar...
• Councilor At-La...
• Councilor At-La...
**Voting for Reffe**
• Ward 3 Co...
• Councilor At-Larg...
• Ward 2 Co...
• Councilor...
• Ward 5 C...

**Voting for**
• Brown
• Fowler
• Lavender
• Reed
• Spinn...
• Norris
• McCa...
**Voting for**
• David...
**Voting for Pram**
• Kelly
• Reffett

## Council gives OK to sewer

**By KATE SPINNER**
Daily News staff

NEWBURYPORT — The City Council voted unanimously last  night to give initial approval to... $3.5 million bond issue to improve...



Cyrus Woodman, 6, has his hands full as he picks up a string of paper rings he made while home sick last week. The kindergartner at the Brown School in Newburyport took them to his teacher, Sherry Herzig, who had the students estimate how many rings there were before they counted them.

# 'Wakefield' comments taken as threats by Rowley board

**By JESON INGRAHAM**
Daily News staff

ROWLEY — A resident's complaints about the health board led to declarations before the selectmen last night that he was trying to prevent Rowley from becoming another "Wakefield."

Pacing before the Board of Selectmen, resident Nicholas Hurlin insisted that he was not making threats by invoking the memory of seven people gunned down at an Internet consulting firm in Wakefield two weeks ago.

"I want you to face reality!" he told selectmen. "It could happen here."

Hurlin has long been in dispute with the Board of Health and selectmen since being evicted from his home on 27 Central St. 12 years ago for septic system violations.

Hurlin waited in silence for more than an hour to bring up the ongoing matter after the selectmen had finished their scheduled business last night. 10-minute exchange was filled with pointing fingers, raised voices and reddened faces.

Selectmen Chairman Robert Merry was disturbed by Hurlin's comments "two weeks ago seven people got shot and killed." He couldn't take them as anything but threats.

"If I could give you some advice, you don't go around talking about Wakefields to a public

Rowley, page

1/9/01

Margaret Bernier, Sewer Commission Chair, told the council that the appropriation was necessary to bring the city's sewer system up to date.

She said that the city's sewer lines and lift stations are worn out beyond their expected lifespan, and that the sewer lines and aeration systems need to be updated to preserve public health and to keep sewage smells at the treatment ing was unfortunate.

"My thing is going to now, that's my dilemma as far as the time line goes," Lavender said. He pointed out that the city had already approved a Proposition 2 1/2 property tax override to increase tax revenue for the expansion and renovation of both the Public Library and Newburyport High School.

The cost of construction is also at a high level, due to the Big Dig, addressed Lavender.

Lavender asked if the project could be deferred, or partially implemented.

"We have to do these things, otherwise we defer it to future generations," she said.

Bernier added that Newbury would remain among those with the lowest fees for sewer in comparison to other communities with similar project progress.

# ROWLEY: 'Wakefield' comments raise concer

Continued from page A1

employee," said Merry.

Selectman Robert Madden said he had received a call earlier from a "very disturbed" health official who said Hurlin made reference to Wakefield and other random shootings during a recent encounter.

"No sane person would say that," shouted Madden, charging Hurlin with causing "turmoil every time you walk in the office."

Madden said if any similar comments are made in the future, Hurlin would be barred from town property. "You're going to get thrown out," Madden said.

Following the meeting, Hurlin said he had been misunderstood and that nobody was more devastated about the Wakefield shooting than him.

"These things have happened in this country. All of the sudden they're coming up. Why?," he asked. "We all have to guard our liberties. I've been silent for too long."

He continued to speak as he walked to his car.

Hurlin was reportedly evicted from his home on Central Street due to failure in meeting Title 5 regulations in the late 1980s. But he said he is merely being punished by a town that has conspired against him. He has since brought the dispute to court.

The selectmen first tried to avoid a confrontation by saying the matter was not under their jurisdiction. But the conversation turned increasingly hostile as Hurlin persisted and frustration mounted.

Hurlin said he feels like the town is putting him in a "box" with "nowhere to turn." He said he is shut out by town employees each time he seeks resolution.

Madden said Hurlin had put himself in an adversarial position by litigating against the town, and consequently, he shouldn't expect any favors in return.

"The town has to be very careful in how they deal with you," he said.

# BONE MARROW: Donor found for woman

Continued from page A1

"If it wasn't for someone going to a drive," said Detwiler, "she wouldn't have found that match."

The Lions Club has decided to cancel the fund raising dance that had been planned because enough money was raised hold the drive. Detwiler said the Lion's Club thanks the people of Merrimac for generous donations.

The club collected $2,100 from a canister drive and additional donations were received directly in a bank account for the purpose.

The club also was able obtain a grant from the Heinrich Marrow Foundation to put on the drive; the state requires HMOs to pay for the insured person to be tested.

A fund-raiser still be held for Freeman at Bosco's on Sunday, Jan. 21, which is being run by Ron St. Jean. The Lions Club fund raising will cover only the cost of the bone marrow drive.

Detwiler said she was unsure of when the bone marrow transplant would take place, reporting that Freeman seems to be doing fine. She said Freeman would be in the hospital a long time for the procedure.

A press release about the marrow drive had reported transplant would take place month at the Dana Farber Center in Boston.

The Lions Club Bone and Blood Drive will be Saturday, March 3, at the Congregational Church, St.

To register to be a donor Frank Potter at 346-8... Detwiler at 346-8685.

The account that has opened for Beverly is at the only Co-operative Bank St.