# DAILY NEWS

Wednesday
uary 10, 2001

NEWBURYPORT
Massachusetts
Published since 1887

$2.75 Weekly Home Delivery

## alarm fire at sse Chalet

ISBURY — A two-alarm fire the fourth floor of the Susse town Route 110 in Amesbury this ng.

fighters on the scene reported the fire had been contained at the over $1.5 million hotel at about in

was visible from the roof of the or about 9 p.m. several minutes the Amesbury Department was such scene.

Newburyport Fire Department asked for cover for assistance at the scene said. The Salisbury Department also sent firefighters to man the station at about the Amesbury and Newburyport were working to control the fire

## Unceover

### NATION/WORLD

## vez withdraws

President-elect Bush is searching again for his secretary saying he was sad of the withdrawal of Linda a controversy over her relationship with an undocumented immigrant. I absolutely believe she would have been a great Cabinet secretary, said Bush Friday night at Andrews Air Base arriving for a three-day visit to the nation's capital

## nomic worries

As the Bush administration prepares to take charge, anxiety is on the rise among Americans about the state of the nation's economy, an Associated Press poll suggests. **Page C€**

### NEW ENGLAND

## wer play

Attorney General Thomas Reilly is urging the state's power companies and more lines between the Boston and the rest of New England to lower electric costs. Customers and businesses in the eastern part of the state are being denied the full benefits of state's electric deregulation law due to congested transmission lines driving up costs. Reilly said. The promise of lower energy prices by spurring competition.

### BY THE WAY...

## ofing it

A hefty heifer from the National Western Stock Show in Denver escaped its pen Friday and led police on a foot spirited chase along nearby by state 70 before being corralled by officers. Police were dispatched after the animal was spotted heading west in the Eastbound lanes of I-70 several minutes later. The freeway was closed that was reopened after four livestock

# Amesbury taxpayers fur

## Large turnout for council meeting

**By DAN HACKETT**
Daily News staff

AMESBURY — What went wrong? That question, amplified by taxpayer anger, loomed over last night's debate about the recent tax hike.

In the end, what taxpayers got was a rehash of figures, a hint of explanation, and an IOU for more complete answers in the coming weeks.

"What guarantee can you say, OK, we will not have this meeting again next year to discuss (that ) we have another shortfall," said Stephen Dunford of Woodman Road. Dunford led a petition drive last year to sack the chief financial officer after similar problems arose.

Karen Cook, who said taxes doubled on her Market Street home, joked that she is becoming Amish to get the tax exemption on religious property. Cook, who runs Cider Hill Farm with her husband, Glenn, also mused about urging taxpayers to compost their bills then spread the fertilizer. "Oh, the sweetness," she dead panned.



**Amesbury taxpayers listen to mayoral aide Ted van Nahl explain the tax situation before the Municipal Council.**

**Van Nahl explains the tax structure Tom Iacobucci looks on.**

Jim Powell of Whitehall Road, who publicly supported Mayor Nicholas Costello in the last election, interrupted dinner and helping his son with math homework to speak at last night's meeting. He admonished the mayor, his administration and the council for letting the budget problems develop.

"It either borders on deception or ...

incompetence," said Powell, a banker in Boston, who feels that level of mismanagement would get most people fired in the private sector.

Taxpayers' venting followed Costello's "state of the city" address, in which he made no mention of the tax rate, and mayoral aide Ted Van Nahl's analysis of what caused the rate hike.

Councilors and mayor's aide to explain came to have short administration to do happening again this "I think that is quick answer to this said at one point. I

## New experience



BRYAN EATON PHOTO
Youngsters tried their luck Tuesday in Newburyport May afternoon after school many of 17 Costa Rican their first time

# Latest MCAS rati baffle local educa

**By GREG COOK**
Daily News staff

Newburyport's Kelley School was being praised two weeks ago by parents and in the press because none of its fourth-graders failed any section of the Massachusetts Comprehensive Assessment System (MCAS) test last spring.

Yesterday, the state released statistics saying the school failed to improve student performance on the test over the last three years as much as the state had said it should.

Just these sort of reviews of MCAS results frustrate local educators. How are schools — and parents — to make sense of such contradictory information?

"To me it's crazy," Kelley Principal Jennifer Roberts said. "I try not to over-emphasize it in a way that makes everyone else crazy."

Roberts said other measurements show the school's students are doing well and MCAS results need to be evaluated as part of this variety of assessments, ranging from standardized tests to portfolios of student work.

"It's difficult because it's very political and the media's involved in it and there's always another piece coming up," Roberts said.

### Moving target

The state Department of Education set improvement goals for school districts across the state after the results for the first round of MCAS testing were released in 1998. Schools whose students on average did well had to improve by one to three points out of the 300 possible. schools whose students scored poorly had to

| | English | Math | Science | O |
|---|---|---|---|---|
| **Improvement ra** | | | |
| Amesbury | | | | |
| Elementary | F | F | F | |
| Cashman | E | E | E | |
| Middle | M | | | |
| High | F | A | A | |
| Georgetown | | | | |
| Penn Brook | Data under review | | | |
| Middle | F | | | |
| High | M | F | | |
| Newburyport | | | | |
| Brown | F | F | F | |
| Kelley | No content review | | | |
| Bresnahan | F | A | | |
| Nock Middle | M | E | N | |
| High | Data under review | | | |

Newburyport's Kelley School was being praised two weeks ago by parents and in the press because none of its fourth-graders failed any section of the Massachusetts Comprehensive Assessment System (MCAS) test last spring.

Yesterday, the state released statistics saying the school failed to improve student performance on the test over the last three years as much as the state had said it should.

Just these sort of reviews of MCAS results frustrate local educators. How are schools — and parents — to make sense of such contradictory information?

"To me it's crazy," Kelley Principal Jennifer Roberts said. "I try not to over-emphasize it in a way that makes everyone else crazy."

Roberts said other measurements show the school's students are doing well and MCAS results need to be evaluated as part of this variety of assessments, ranging from standardized tests to portfolios of student work.

"It's difficult because it's very political and the media's involved in it and there's always another piece coming up," Roberts said.

### Moving target

The state Department of Education set improvement goals for school districts across the state after the results for the first round of MCAS testing were released in 1998. Schools whose students on average did well had to improve by one to three points out of the 280 possible; schools whose students scored poorly had to improve by five to seven.

MCAS, page A12

| School | English | Math | Science | Overall |
|---|---|---|---|---|
| **Amesbury** | | | | |
| Elementary | F | F | F | F |
| Cashman | F | E | E | E |
| Middle | M | F | F | F |
| High | F | A | A | F |
| **Georgetown** | | | | |
| Penn Brook | Data under review | | | |
| Middle | F | F | F | F |
| High | M | E | A | E |
| **Newburyport** | | | | |
| Brown | F | F | E | - |
| Kelley | No content ratings | | | |
| Bresnahan | F | A | M | - |
| Nock Middle | M | E | M | M |
| High | Data under review | | | |
| **Pentucket** | | | | |
| Bagnall | M | E | E | E |
| Donaghue | A | F | M | F |
| Page | F | F | E | F |
| Middle | E | E | E | E |
| High | F | A | F | F |
| **Triton** | | | | |
| Salisbury | F | F | M | F |
| Newbury | A | E | E | F |
| Pine Grove | A | M | E | M |
| Middle | E | M | M | F |
| High | F | M | A | A |
| **Whittier** | F | F | F | F |

**Key**

**Performance rating:** H - high; M - moderate; - very low; CL - critically low.

**Improvement rating:** E - exceeded; M - met; A - approached; F - failed to meet.

"Performance rating" is a function of how well the school did on the MCAS. Goals were set with lower-expected to improve scores most. How well those goals then led to the "improvement rating."

SOURCE: MASS. DEPARTMENT OF

BRYAN FAION PHOTO




...sters head down March's Hill in Newburyport yesterday afternoon after school. Many of 17 Costa Rican ...ange students were there for their first time sledding ...now.

---

# fficer accused of assaulting girlfriend on d

**By JESSICA BENSON**
Daily News staff

...ISBURY   A police officer has been ...d of assaulting his girlfriend, a co-...r, while on duty in the police sta-

...straining order against officer John ..., 25, of 2 12th St., Salisbury, was

issued on Dec. 18, the same day that parking officer Kristen Kozacka claims he made threatening phone calls from the station to her Salisbury home. He later physically assaulted Kozacka when she went to station to file a report, Kozacka claimed in a statement made with the restraining order application.

A source said that Engle is currently on

administrative leave. Police Chief Larry Streeter refused to say anything about the matter and would not confirm the report.

"My policy is not to comment on internal matters," Streeter said.

Reached by telephone at his home last night, Engle also declined to comment.

Engle has been ordered to stay at least 50 yards away from Kozacka's home and her

job at the Women's Crisis Cent... buryport. He is not to have ... with her, except for inadvertent work.

The initial restraining or... Newburyport District Court, ... on Jan. 2, and again yesterday ... is scheduled for 2 p.m. on Jan...

Salisbur y...

---

# wley resident given conditions on contacting town employ

**BY JESON INGRAHAM**
Daily News staff

WLEY   A resident who warned ...men on Monday that Rowley could ... next "Wakefield" has agreed to a set ...nditions in contacting town employ-...olice said this morning.

...e police sent what Chief Kevin Barry

called a "private" letter to Nicholas Hurlin of 419 Central St., laying out a series of requests.

"When he wants to visit the Town Hall, there are certain conditions he has to conform to," Barry said. "Hopefully, the issue that happened on Monday is over."

Hurlin appeared before the board on Monday to complain about being evicted

from his home on 27 Central St. 12 years ago for septic system violations. As the exchange intensified, Hurlin indicated that he wanted to prevent the shooting tragedies in Wakefield and Colebrook, N.H., from happening in Rowley.

Selectman Robert Madden said Hurlin made a similar comment to Board of Health member Charles Costello on the

same day; and the warnings ... appreciated.

"We as town officials cann... individual to terrorize town... Madden said. "It just can't ... happen."

Madden said he has ... many years and, at ti...

"You have to hold something constant to measure it and nothing is being held constant," Newburyport Superintendent Kathleen Smith said.

"They've done this too soon," said Amesbury Superintendent Stephen Gerber. "That's the problem."

Test results also do not yet reflect the benefits of programs schools have implemented in the last few years, Gerber said, such as the full-day kindergarten program Amesbury schools started last year. He believes another year or two is needed to get enough reliable data.

Triton Regional School District Superintendent Garry Murphy said the state's goals are too general.

"I think the improvement expectations are unrealistic in some areas," Murphy said. "You've got to look at each school individually."

School administrators warned that at small schools, such as those where fewer than 100 children are in each grade, a few children who score especially well or especially poorly can swing the overall average. The state doesn't even release separate subject area scores for schools like Kelley where fewer than 30 children took the test in any year. Partly because of this, Newburyport administrators are reluctant to compare scores at the city's three elementary schools.

And school leaders noted that students' socio-economic back-

exceeded improvement goals, while Donaghue failed to meet its goals. The difference was Bagnall's score improved by 5.5 points and Donaghue's didn't change at all.

The Page School in West Newbury also failed to meet its state-set improvement goals after the school's average score declined by half a point. But the school had an average score higher than the other two schools at 244.8 for 1999 and 2000. The state ranked Page as a high-performing school, based on its performance in 1998, the only school in the area at that level. Donaghue and Bagnall were ranked as moderately performing based on their scores that year.

"In high-performing schools, it's sometimes very challenging to keep meeting the raised bar," Pentucket Assistant Superintendent Peter McGinn said.

Schools that performed well initially and also improved will be honored by the state and spotlighted as models for other schools, according to the Department of Education's plan. Moderately or poorly performing schools that failed to meet state goals will receive a warning that they must strengthen their improvement efforts. Very poorly performing schools failing to show improvement could face takeover by the state.

Among local schools, only Whittier Regional Vocational Technical High School in Haverhill — ranked "critically low" on average scores and failing to meet any

answers.

local school administrators not expect the MCAS information released yesterday to lead to programs. Instead, school leaders planned to continue to better align their lessons to state guidelines, improve instruction through teacher training and add programs during and outside of classes to help struggling students.

Murphy said Triton hopes to continue reducing class sizes, as it has over the past several years, and to add more day-to-day testing in a style similar to MCAS.

"I think one of the things we struggle with in this profession is we're a veteran group for the most part. Many of us have been teaching for 25 to 30 years," Pentucket McGinn said. "Have they been given time to become familiar with the (state) Board of Education standards for each discipline and then opted to instruct students based on each subject's standard?

"I think that's quite a challenge for someone one year, two or three years from retirement. I don't think public education is supported with time to redo their curriculum, their instruction."

To address this, Pentucket began providing time out of class this fall for teachers to develop new lessons in response to changing state guidelines. The district hopes to start an orientation program for new and young teachers this summer to expand upon this.

# ROWLEY: Resident agrees to conditions

Continued from page A1

vocal critic of the town. But Hurlin took his protest to a new level on Monday, Madden said.

Barry would not disclose any details about the conditions, only that Hurlin had agreed to them. "I don't want to say anything that will escalate the situation any further," he said.

He said Hurlin's comments

about recent shootings caused "immediate concern."

Hurlin told selectmen he meant no harm by his statements. He was simply trying to warn the town that such a shooting could happen here if town officials continue to act as they have in the past.

"I don't want to see that happen here because of some bureaucrats who don't want to

work for the citizens," Hurlin following McGinn encounter.

Hurlin said he feels the has left him nowhere to turn has taken the dispute over Central Street home to court feels the issue has been going on for too long.

He sees recent encounters town officials as intent efforts to find a resolution

Case 1:04-cv-10833-MBB    Document 17-6    Filed 03/08/2005    Page 4 of 5

# NEWBU

# Man needs police escort to go into town offices

**By JESON INGRAHAM**
Daily News staff

ROWLEY — A man who disturbed several town employees with comments about the recent shootings in Wakefield cannot set foot into town offices without a police escort.

Rowley police have also instructed Rowley resident Nicholas Hurlin of 419 Central St., that he must make an appointment to visit the Town Hall or Town Hall Annex 24 hours in advance.

The details of the arrangement were sent to the town's various boards and offices in a letter yesterday, also given to The Daily News by a town employee. Rowley Police Chief Kevin Barry would not disclose the details of the Police Department's orders, hoping to lay the issue to rest.

The recent action follows a dispute between Hurlin and the selectmen on Monday. Hurlin waited for more than an hour to bring up a Board of Health decision that was made more than a decade ago to condemn the house he owned on 27 Central St. due to problems with septic system regulations.

Hurlin has taken the matter to court, and said he continues to be treated unreasonably by town officials. And if they continue to act in a similar fashion, Hurlin suggests they could have another "Wakefield or Colebrook, N.H.," on their hands.

Hurlin insisted that the comments were not meant as a threat, rather a warning that "it could happen here."

But two weeks after seven people were gunned down at an Internet consulting firm in Wakefield, his assurances offered the selectmen little comfort.

Selectman Robert Madden said the town was forced to take action against Hurlin because they could not allow a resident to "terrorize" town employees.

Madden said he had received a call from a Board of Health member, Charles Costello, who was shaken up about similar comments in regards to recent shootings.

# Cell

BOSTON — Quiet ni finally on their way f who live near the comm road tracks in Newbur Gov. Paul Cellucci ha ban on train whistl town.

The legislation, whi signed on Jan. 4. requi safety devices — suc

# Hearin

**By JESON IN**
Daily News st

ROWLEY — Route 1 ideal spot for commerc ment, but unless two th town's voters agree, it point.

That's the dilemma n ning Board members fa ing a proposal to extend mercial zone on Rout Wethersfield Street Street. The change thirds vote at a town n could come before as this spring.

The board will h hearing on Feb. 21 cuss the matter.

The proposed zon western side of t cover several non-com nesses, including Jack Mill, Simard's Famil and the Agawam Fe

Businessman Buck has proposed the with Jack Luz ha

# ROWLEY

## Scouts to collect recyclables

The Boy Scouts, Girl Scouts and Cub Scouts will be collecting recyclable



**KEVIN BARRY**
CHIEF OF POLICE

# TOWN OF ROWLEY
## *Police Department*
### ROWLEY, MASS. 01969

ORI MA0052700

TELEPHONE
EMERGENCY    948-3380
BUSINESS     948-7641

February 11, 1998

Nicholas E. Hurlin
P.O. Box 107
Rowley, MA  01969

Re: Records of 1992/1993

Dear Mr. Hurlin

The above dates are prior to this department being computerized. The files are located in the basement and will need to be hand searched. This task would have to be done on an overtime basis.

The hourly rate would be $19.83. I estimate no less than 16 hours of work to fill this request. The total of $317.28, is requested to be paid prior to the beginning of this search.

Thank you,

Kevin Barry
Chief of Police

cc: Board of Selectmen
cc: Atty Gorshel