UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10833MBB

| | |
|---|---|
| NICHOLAS E. HURLIN<br>   Plaintiff | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF ROWLEY, | ) |
|    Defendant | ) |

## ASSENTED TO MOTION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the defendant in the above-referenced matter and respectfully requests this Honorable Court to continue the hearing on Defendant's Motion For Summary Judgment from March 29, 2005 to April 5, 2005. As reasons therefore, the defendant states that due to a scheduling conflict the continuation is necessary.

The plaintiff assents to this motion.

Assented To:

The plaintiff,
Nicholas Hurlin,
Pro Se,

The defendant,
Town of Rowley,
By its attorneys,

  /s/ Nicholas E. Hurlin
Nicholas E. Hurlin
P.O. Box 11
Newburyport, MA  01950
(978) 948-7411

 /s/ Pamela J. Fitzgerald
 Pamela J. Fitzgerald, BBO #563130
Brody, Hardoon, Perkins And Kesten, LLP
One Exeter Plaza
Boston, MA
(617) 880-7100

Dated:  3/15/05