UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NICHOLAS E. HURLIN,
        Plaintiff,

v.                                                CIVIL ACTION
                                                NO.   04-10833-MBB

TOWN OF ROWLEY,
        Defendant.

# FINAL JUDGMENT

### August 9, 2005

**BOWLER,  U.S.M.J.**

    It is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

                                                /s/ Marianne B. Bowler
                                               **MARIANNE B. BOWLER**
                                               United States Magistrate Judge